KURT A. KAPPES – SBN 146384
LUPE R. LAGUNA – SBN 307156
JONATHAN K. OGATA – SBN 325914
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA  95814-3938
Telephone: (916) 442-1111
Facsimile: (916) 448-1709
kappesk@gtlaw.com
lagunal@gtlaw.com
ogataj@gtlaw.com

*Counsel for Plaintiff NextGear Capital, Inc.*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., a Delaware Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>ICARZ INC., d/b/a LENDING CLUB AUTO d/b/a LATINOS AUTO CENTER, California Corporation,<br><br>    Defendant. | CASE NO.<br><br>**COMPLAINT FOR DAMAGES:**<br>   1. **BREACH OF CONTRACT**<br>   2. **CLAIM AND DELIVERY/REPLEVIN** |

Plaintiff, NEXTGEAR CAPITAL, INC. ("NextGear" or "Plaintiff") asserts the following claims against Defendant ICARZ, INC., d/b/a LENDING CLUB AUTO d/b/a LATINOS AUTO CENTER ("iCarz" or "Defendant"):

## **PARTIES**

1. NextGear is a Delaware corporation authorized and licensed to do business in the State of California. NextGear's headquarters and principal place of business are located in 1320 City Center Drive, Suite 100, Carmel, Indiana 46032.

2. NextGear is informed and believes iCarz is a California corporation authorized and licensed

to do business in the State of California, with its headquarters and principal place of business located in Sacramento, California.

## JURISDICTION AND VENUE

3. This Court has jurisdiction over this Complaint under 28 U.S.C. § 1332(a) because the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs (here, at least $1,444,609.13), and is between citizens of different states (here, Delaware and California).

4. The Court has personal jurisdiction over Defendant because Defendant is a California resident.

5. Venue is proper as Defendant resides in Sacramento, California which is located within the jurisdiction of the United States District Court for the Eastern District of California, Sacramento Division. *See* 28 U.S.C. § 1391(b)(1).

## FACTUAL ALLEGATIONS

### Contract Terms and Agreements

6. At all times relevant herein, iCarz operated a pre-owned car dealership at 3215 Fulton Avenue, Sacramento, CA 95821.

7. On or around August 29, 2013, iCarz entered into a Demand Promissory Note and Loan and Security Agreement with Plaintiff (the "Note")[1].

8. Under the terms of the Note, iCarz obtained a floorplan credit line from Plaintiff in the amount of $500,000 "or such greater or lesser sum which may be advanced to or on behalf of [iCarz] from time to time, together with all costs, interest, fees, and expenses".

9. On or around August 3, 2015, iCarz and Plaintiff entered into an Amendment to Demand Promissory Noted and Loan and Security Agreement (the "First Amended Note") under which iCarz's floorplan credit line was increased to $1,000,000. [2]

10. On or around April 20, 2016, iCarz and Plaintiff entered into a second Amendment to Demand Promissory Noted and Loan and Security Agreement (the "Second Amended Note") under which iCarz's floorplan credit line was increased to $2,000,000.[3]

---

[1] A true and correct copy of the Note is attached hereto as **Exhibit 1**.
[2] A true and correct copy of the First Amended Note is attached hereto as **Exhibit 2.**
[3] A true and correct copy of the Second Amended Note is attached hereto as **Exhibit 3**.

11. Plaintiff owns and holds the iCarz Note and all amendments thereto.

12. To secure the repayment of all amounts under the Note and all amendments thereto, iCarz granted a security interest to Plaintiff in the right, title, and interest in the following:

> "…all of [iCarz's] assets and properties, wherever located, including, without limitation, all equipment of any kind or nature; all vehicles and vehicle parts; all Inventory now owned or hereafter acquired, including, without limitation, all Lender Financed Inventory now owned or hereafter acquired; all amounts in [iCarz]'s Reserve held by or on behalf of Lender, if any; all documents, documents of title, deposit accounts, accounts receivable, manufacturer rebates and incentive payments, chattel paper, including, without limitation, all Receivables and general intangibles now owned or hereafter acquired by [iCarz]; all cash reserves; all of [iCarz]'s books and records (including any books and records contained on computer hardware or software or otherwise stored by or on behalf of [iCarz] in electronic or digital form); and all additions, accessions, accessories, replacements, substitutions, and proceeds of any of the foregoing (collectively, the "Collateral").[4]

13. Plaintiff's interest in iCarz's inventory was perfected upon the filing of a UCC Financing Statement and subsequent amendments;

14. The UCC Financing Statement, as amended and incorporated in the subsequent amendments, identifies the collateral as:

> "All [iCarz]'s assets and properties wherever located, including without limitation all equipment of any nature, all vehicles, vehicle parts and inventory now owned or hereafter acquired, without limitation, purchase money inventory, the purchase of which was financed or floorplanned by NextGear Capital, Inc. for [iCarz] of whatever kind or nature, and all returns, repossessions, exchanges, substitutions, attachments, additions, accessions, accessories, replacements, and proceeds thereof; all accounts, accounts receivable, chattel paper, and general intangibles now owned or hereafter acquired by [iCarz] together with the proceeds thereof; all of [iCarz] documents, books and records relating to the foregoing."[5]

15. Under the terms of the Note, Plaintiff's security interest in all of iCarz's assets, including its inventory, is perfected upon iCarz's acquisition of an interest in the Collateral (as defined in the Note), regardless of whether Plaintiff makes or has made an advance to iCarz specifically in connection with iCraz's acquisition of the Collateral, and each item of Collateral serves as security for the entirety of the indebtedness owing to Plaintiff (which is still outstanding), irrespective of whether any part of the indebtedness arises from advances specifically made in connection with a particular item of Collateral.  In

---

[4] *See* **Exh. 1**, the Note.
[5] *See* UCC Financing Statement Amendments, amending UCC Financial Statement File Number 107233712389 and the UCC Financial Statement File Number 107233712389 attached hereto as **Exhibit 4**.

sum, Plaintiff holds a security interest in every car obtained by iCarz.

16. Under the terms of the agreement, Plaintiff advanced the funds under the Note and all amendments thereto in order to finance iCarz's inventory.

17. Pursuant to the terms of the Note, iCarz is required to make timely payments of all amounts due and owing thereunder.

18. iCarz has failed to make the required payments and is therefore in default of the Note and all amendments thereto.

## iCarz Vehicles

19. Between May 14, 2019, and April 3, 2020, iCarz used the iCarz Auto Floorplan Line of Credit, to purchase one-hundred and twenty-six (126) vehicles (the "iCarz Vehicles") from various sources for the principal amount of $1,444,609.13.

20. The following vehicles were purchased with the Floorplan Line of Credit:

|     | Vehicle Description | VIN |
| --- | --- | --- |
| 1.  | 2013 Mercedes-Benz SLK | WDDPK4HAXDF068036 |
| 2.  | 2013 Ford F150 | 1FTFW1CT5DKE71107 |
| 3.  | 2010 Chevrolet Silverado | 3GCRKTE39AG221650 |
| 4.  | 2010 Porsche Cayenne | WP1AB2AP7ALA50446 |
| 5.  | 2009 Mercedes-Benz S Class | WDDNG77X69A271381 |
| 6.  | 2010 Jeep Wrangler | 1J4BA5H12AL130002 |
| 7.  | 2013 Mercedes-Benz M Class | 4JGDA5HB0DA183669 |
| 8.  | 2011 Chevrolet Camaro | 2G1FC1ED6B9163644 |
| 9.  | 2014 Ford F150 | 1FTFW1ET3EKE85246 |
| 10. | 2014 Dodge Charger | 2C3CDXBG7EH170643 |
| 11. | 2009 Jeep Wrangler | 1J4GA39119L786311 |
| 12. | 2012 Volkswagen Tiguan | WVGBV7AX2CW529672 |
| 13. | 2013 Jeep Grand | 1C4RJEAG7DC561555 |
| 14. | 2014 Volkswagen Tiguan | WVGAV3AX2EW508957 |
| 15. | 2014 BMW 320 | WBA3B1C58EP680312 |

| 16. | 2011 Chevrolet Suburban | 1GNSCJE06BR387965 |
|---|---|---|
| 17. | 2010 GMC Yukon | 1GKUCAE03AR275712 |
| 18. | 2009 Mercedes-Benz CLK350 | WDBTJ56H09F266843 |
| 19. | 2012 Volkswagen GTI | WVWHD7AJ7CW145321 |
| 20. | 2017 Lexu GX 4D | JTJBM7FX7H5152265 |
| 21. | 2015 Ford Explorer | 1FM5K7D8XFGB50749 |
| 22. | 2013 Mercedes-Benz C250 | WDDGF4HB1DR263826 |
| 23. | 2013 Buick Enclave | 5GAKVDKD6DJ233528 |
| 24. | 2015 Chevrolet Silverado | 1GCNCPEC6FZ367210 |
| 25. | 2016 Dodge Charger | 2C3CDXCT4GH123178 |
| 26. | 2010 Toyota Highlander | 5TDBK3EH1AS035275 |
| 27. | 2013 Mitsubishi Outlander | JA4AS3AW2DU002795 |
| 28. | 2010 Toyota RAV4 | JTMYK4DV5A5026527 |
| 29. | 2014 Dodge Ram | 1C6RR7FT7ES181575 |
| 30. | 2009 Cadillac Escalade | 1GYFK13249R158058 |
| 31. | 2012 Ford F150 | 1FTFW1ET7CFC59930 |
| 32. | 2013 Honda CR-V | 5J6RM3H77DL020999 |
| 33. | 2017 Jeep Renegade | ZACCJABB4HPE58127 |
| 34. | 2014 Subaru Outback | 4S4BRBEC8E3263450 |
| 35. | 2010 Lexu RX 450H | JTJBC1BA7A2406906 |
| 36. | 2009 Dodge Ram | 1D3HB18T89S722987 |
| 37. | 2011 Toyota Tundra | 5TFRM5F13BX027471 |
| 38. | 2015 Mercedes-Benz C Class | 55SWF4KB0FU003648 |
| 39. | 2013 Acura ILX | 19VDE1F55DE001260 |
| 40. | 2013 Chevrolet Impala | 2G1WG5E35D1157869 |
| 41. | 2013 Dodge Durango | 1C4SDHCT1DC689472 |
| 42. | 2012 Audi A5 | WAUCFAFH4CN006306 |
| 43. | 2012 Ram 1500 | 1C6RD7GP9CS222074 |
| 44. | 2011 Ford F150 | 1FTFW1EF9BKD52268 |
| 45. | 2014 Subaru Outback | 4S4BRBLC8E3210623 |

| 46. | 2012 Ford Escape | 1FMCU9DG4CKB76003 |
|---|---|---|
| 47. | 2011 Mercedes S Class | WDDNG7BBXBA387362 |
| 48. | 2010 Dodge Ram | 1D7RB1GP8AS102006 |
| 49. | 2014 Chevrolet Camaro | 2G1FA1E33E9268160 |
| 50. | 2015 Nissan Pathfinder | 5N1AR2MM3FC659793 |
| 51. | 2015 Mercedes-Benz C300 | 55SWF4JB8FU056177 |
| 52. | 2011 Volkswagen Touareg | WVGFF9BP4BD001473 |
| 53. | 2017 Dodge Grand Caravan | 2C4RDGEG4HR842075 |
| 54. | 2012 BMW X5 | 5UXZV8C54CL423907 |
| 55. | 2015 BMW 428I | WBA4A9C52FGL86380 |
| 56. | 2009 Dodge Ram | 1D3HV13PX9S704637 |
| 57. | 2011 Ford Explorer | 1FMHK7B81BGA94016 |
| 58. | 2007 Mercedes-Benz SLK | WDBWK54F07F153449 |
| 59. | 2015 Chevrolet Silverado | 3GCUKREC8FG330976 |
| 60. | 2016 Chevrolet Camaro | 1G1FB1RS1G0148661 |
| 61. | 2014 Chrysler Town & Country | 2C4RC1BG4ER156313 |
| 62. | 2008 Chevrolet Tahoe | 1GNFC13078J190640 |
| 63. | 2010 Ford F150 | 1FTEW1C8XAKE29695 |
| 64. | 2003 Dodge Ram | 1D7HU18N23J507953 |
| 65. | 2007 GMC Yukon | 1GKFK66827J221726 |
| 66. | 2016 Dodge Ram | 1C6RR6GT2GS240981 |
| 67. | 2014 Lexus RX 450H | JTJBC1BA2E2068577 |
| 68. | 2014 Nissan Quest | JN8AE2KP7E9100874 |
| 69. | 2014 Ram 1500 | 1C6RR7JT2ES106208 |
| 70. | 2013 Ford F150 | 1FTFW1ET6DFB07123 |
| 71. | 2008 Toyota Sequoia | 5TDZY68A38S002186 |
| 72. | 2018 Hyundai Sonata | 5NPE24AF6JH662552 |
| 73. | 2014 Mercedes-Benz M-Class | 4JGDA5HB6EA352532 |
| 74. | 2015 Cadillac ATS | 1G6AB5RAXF0120679 |
| 75. | 2013 Mercedes-Benz E Class | WDDHF5KB6DA705422 |

| | | |
|---|---|---|
| 76. | 2015 Mercedes-Benz GLA | WDCTG4EB7FJ135144 |
| 77. | 2009 Chevrolet Silverado | 3GCEC23J99G122118 |
| 78. | 2016 Ford F150 | 1FTEX1EP3GKF54385 |
| 79. | 2009 Cadillac Escalade | 1GYFK26239R203587 |
| 80. | 2013 Ford F150 | 1FTFW1ET1DKF97770 |
| 81. | 2013 Toyota Tacoma | 5TFJU4GN2DX049540 |
| 82. | 2013 Audi A7 | WAU2GAFC3DN083778 |
| 83. | 2013 Ford Mustang | 1ZVBP8AM6D5238980 |
| 84. | 2008 Chevrolet Silverado | 2GCEC13C581195165 |
| 85. | 2007 Jeep Wrangler | 1J4FA54147L225127 |
| 86. | 2007 Toyota Tundra | 5TBDV54197S470515 |
| 87. | 2008 Toyota Tundra | 5TFBV54188X046723 |
| 88. | 2011 Nissan Frontier | 1N6AD0ERXBC424025 |
| 89. | 2012 Jeep Grand Cherokee | 1C4RJFAG0CC145352 |
| 90. | 2014 Chevrolet Silverado | 3GCPCREH0EG210223 |
| 91. | 2010 Mercedes-Benz E350 | WDDHF5GB9AA096668 |
| 92. | 2013 Hyundai Genesis | KMHHT6KD9DU102789 |
| 93. | 2012 Chevrolet Silverado | 3GCPCSE00CG177366 |
| 94. | 2017 Ford Fusion | 3FA6P0PU3HR329940 |
| 95. | 2013 BMW 528I | WBAXG5C54DDY31642 |
| 96. | 2007 Chevrolet Tahoe | 1GNFK13067R101353 |
| 97. | 2013 Ford F150 | 1FTFW1ET4DFB38080 |
| 98. | 2013 Chevrolet Camaro | 2G1FE1E31D9147887 |
| 99. | 2015 Honda Crosstour | 5J6TF2H51FL000162 |
| 100. | 2015 Chrysler 200 | 1C3CCCBB3FN717562 |
| 101. | 2014 Ram 1500 | 1C6RR6GT8ES383592 |
| 102. | 2011 Ram 1500 | 1D7RB1CT7BS515412 |
| 103. | 2011 BMW 5-Series | WBAFR7C58BC801922 |
| 104. | 2008 GMC Yukon | 1GKFK63818J241777 |
| 105. | 2012 BMW 7-Series | WBAKB4C50CC576558 |

| | | |
|---|---|---|
| **106.** | 2013 Chevrolet Malibu | 1G11A5SA2DF247665 |
| **107.** | 2013 Cadillac XTS | 2G61R5S37D9224749 |
| **108.** | 2013 Ford F150 | 1FTFW1ET3DKF43693 |
| **109.** | 2014 Mercedes-Benz CLA250 | WDDSJ4EB8EN037143 |
| **110.** | 2017 Land Rover Discovery | SALCP2BG9HH672143 |
| **111.** | 2013 Ford F150 | 1FTFW1ET9DFA54675 |
| **112.** | 2013 Mercedes-Benz GL Class | 4JGDF7CE7DA252520 |
| **113.** | 2016 Mercedes-Benz E-Class | WDDHF5KB8GB293826 |
| **114.** | 2007 Cadillac Escalade | 1GYFK63867R373519 |
| **115.** | 2014 Subaru Impreza | JF1GV7E60EG011736 |
| **116.** | 2014 Chrysler 300 | 2C3CCAKG5EH216728 |
| **117.** | 2010 Toyota Tundra | 5TFFY5F12AX087828 |
| **118.** | 2013 Honda Accord | 1HGCT1B80DA016150 |
| **119.** | 2015 BMW 3-Series | WBA8Z5C50FD672457 |
| **120.** | 2017 GMC Canyon | 1GTH5AEAXH1306074 |
| **121.** | 2016 Mercedes-Benz C-Class | 55SWF4JB2GU156227 |
| **122.** | 2015 Ram 1500 | 1C6RR6GGXFS518320 |
| **123.** | 2017 Toyota Corolla | 5YFBURHE1HP595864 |
| **124.** | 2015 Audi A8 | WAU32AFD7FN009715 |
| **125.** | 2013 Honda Accord | 1HGCT2B87DA002980 |
| **126.** | 2019 Nissan Sentra | 3N1AB7AP9KY273176 |

21. As of April 20, 2020, the outstanding principal balance due under the Note is $1,444,609.13, plus costs, interest, fees, and expenses as set forth in the Note.

22. Upon information and belief, all of the iCarz Vehicles are still within iCarz's control.

### FIRST CLAIM FOR RELIEF

### (BREACH OF CONTRACT)

23. Plaintiff re-alleges and incorporates by reference the allegations of paragraphs 1 through 22, inclusive, of this Complaint, as though fully set forth herein.

24. Plaintiff and iCarz are parties to a valid and enforceable contract, namely the Note.

25. iCarz has breached the terms of the Note be, among other things, failing and/or refusing to repay the amounts due and owing thereunder.

26. As a direct and proximate result of iCarz's breach, Plaintiff has suffered and will continue to suffer direct, incidental, and consequential damages in an amount to be proven at trial, but in any event in excess of $1,444,609.13 plus pre- and post- judgement interest.

27. iCarz's acts and omissions have also forced Plaintiff to obtain the services of counsel to litigate this claim. Plaintiff, therefore, is entitled to attorneys' fees and costs in addition to the damages it has sustained as expressly authorized under the Note.

## SECOND CLAIM FOR RELIEF

### (CLAIM AND DELIVERY/REPLEVIN)

28. Plaintiff re-alleges and incorporates by reference the allegations of paragraphs 1 through 27, inclusive, of this Complaint, as though fully set forth herein.

29. Plaintiff and iCarz are parties to a valid and existing contract, namely the Note.

30. As part of the Note, iCarz granted Plaintiff a security interest in, among other things, the iCarz Vehicles identified herein.

31. As set forth herein, iCarz breached the terms of the Note by failing and/or refusing to repay the amounts due and owing thereunder.

32. As a result of iCarz's breach, under the terms of the Note, Plaintiff is lawfully entitled to the possession of the iCarz Vehicles identified herein.

33. In addition, under the terms of the Note, Plaintiff is lawfully entitled to any vehicle in which iCarz holds a security interest, including but not limited to, those vehicles offered for sale and/or lease at the iCarz dealership.

34. Plaintiff perfected its security interest through the filing of a UCC Financing Statement Amendment.

35. Upon information and belief, the iCarz Vehicles have not been taken for a tax assessment or fine, nor have they been seized.

36. Plaintiff is entitled to the claim and delivery of the iCarz Vehicles identified herein.

# PRAYER FOR RELIEF

1. For damages in excess of $1,444,609.13, representing the unpaid principal balance due under the Note plus costs, interest, fees, and expenses;

2. For a writ of possession of the iCarz Auto Vehicles;

3. For pre-judgment and post-judgment interest on the foregoing sums at the highest rate permitted by contract or law;

4. For an award of attorneys' fees and costs incurred in prosecuting this action;

5. For costs of suit;

6. For a permanent injunction preventing iCarz from moving, transporting, selling, leasing, or transferring title or ownership of any of iCarz Vehicles pending resolution of this action;

7. For a permanent injunction ordering Defendant to make available to Plaintiff for claim and delivery of all iCarz Vehicles identified herein;

8. For declaratory relief that Defendant breached the contract, namely the Note, and that Plaintiff is entitled to the claim and delivery of the iCarz Vehicles identified herein; and

9. For such other and further relief as the Court deems just and proper.

Dated: April 24, 2020                     GREENBERG TRAURIG, LLP


By: /s/ Lupe R. Laguna
Kurt A. Kappes
Lupe R. Laguna
Jonathan K. Ogata
Attorneys for Plaintiff
NEXTGEAR CAPITAL, INC.