KURT A. KAPPES – SBN 146384
LUPE R. LAGUNA – SBN 307156
JONATHAN K. OGATA – SBN 325914
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA  95814-3938
Telephone: (916) 442-1111
Facsimile: (916) 448-1709
kappesk@gtlaw.com
lagunal@gtlaw.com
ogataj@gtlaw.com

*Counsel for Plaintiff NextGear Capital, Inc.*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., a Delaware Corporation,<br><br>　　　Plaintiff,<br><br>v.<br><br>ICARZ INC., d/b/a LENDING CLUB AUTO d/b/a LATINOS AUTO CENTER, California Corporation,<br><br>　　　Defendant. | CASE NO.  2:20-cv-00851-MCE-CKD<br><br>**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES** |

　　　Pursuant to F.R.C.P. Rule 7.1, the undersigned counsel of record for Plaintiff NextGear Capital, Inc. ("NextGear Capital"), certifies that NextGear Capital, Inc. is a wholly-owned subsidiary of Manheim Investments, Inc., which is a wholly-owned subsidiary of Cox Automotive, Inc.  There is no publicly traded company that owns 10% or more of NextGear Capital, Inc. stock.

　　　The above representation is made to enable the Court to evaluate possible disqualification or recusal.

Dated: May 1, 2020              GREENBERG TRAURIG, LLP


                          By: /s/ Lupe R. Laguna
                              Kurt A. Kappes
                              Lupe R. Laguna
                              Jonathan K. Ogata
                              Attorneys for Plaintiff
                              NEXTGEAR CAPITAL, INC.