KURT A. KAPPES – SBN 146384
LUPE R. LAGUNA – SBN 307156
JONATHAN K. OGATA – SBN 325914
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA  95814-3938
Telephone: (916) 442-1111
Facsimile: (916) 448-1709
kappesk@gtlaw.com
lagunal@gtlaw.com
ogataj@gtlaw.com

*Counsel for Plaintiff NextGear Capital, Inc.*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., a Delaware Corporation, <br><br> Plaintiff, <br><br> v. <br><br> ICARZ INC., d/b/a LENDING CLUB AUTO d/b/a LATINOS AUTO CENTER, California Corporation, <br><br> Defendant. | CASE NO.  2:20-cv-00851-MCE-CKD <br><br> **DECLARATION OF LUPE R. LAGUNA RE: NOTICE TO DEFENDANT OF FILING OF APPLICATION FOR TEMPORARY RESTRAINING ORDER AND MOTION FOR PRELIMINARY INJUNCTION** <br><br> **REQUEST FOR PRELIMINARY INJUNCTION** |

I, LUPE R. LAGUNA, declare and state:

1. I am an attorney who is licensed to practice in the State of California and before this Court. I am one of the attorneys of record for Plaintiff in this action, NextGear Capital, Inc.  I make this declaration on my own personal and first-hand knowledge.  If I were sworn as a witness before this Court I could testify competently and completely to the following facts.

2. On May 1, 2020, at approximately 08:45 AM PST I sent an email to Ari Gorgani, iCarz,

Inc.'s CEO and registered agent for service of process, and informed him that NextGear Capital intended to file the instant Application for Temporary Restraining Order ("the Application"). I attached to this email a copy of the Application, the Declaration of Eric Brown, and NextGear's [Proposed] Order granting the Application. A true and correct copy of this email is attached hereto as **Exhibit A**.

3. In this email correspondence, I informed Mr. Gorgani of the relief that NextGear Capital is seeking in the Application. I asked if iCarz was willing to stipulate to the requested relief, but I received no response. I also asked if iCarz was willing to discuss alternatives to the requested relief, but I received no response.

4. I also informed Mr. Gorgani that, in light of COVID-19 restrictions, we would not be requesting a hearing date on the Application. But I informed Mr. Gorgani that if the Court set a hearing date on either the Application or Plaintiff's Request for a Preliminary Injunction, that I would promptly provide notice to iCarz in accordance with Local Rule 231(a).

5. In addition to the above email correspondence, at approximately 09:05 AM PST I made efforts to contact Mr. Gorgani via telephone. A woman that identified herself as Brittany Hughes answered the phone. She informed me that Mr. Gorgani was not available. I explained to her the relief NextGear Capital is seeking with the Application and informed her that I had sent the aforementioned email correspondence to Mr. Gorgani via the iCarz email account. She informed me that she would tell Mr. Gorgani that I was trying to reach him and to check his email. As of the date and time of this declaration, I have not received any response from Mr. Gorgani.

I declare under penalty of perjury under the laws of the United States and of the State of California that the foregoing is true and correct on this 1st day of May, 2020, at Sacramento, California.

Dated: May 1, 2020                    GREENBERG TAURIG, LLP


                                      By: /s/ Lupe R. Laguna
                                          Lupe R. Laguna
                                          Attorney for Plaintiff
                                          NEXTGEAR CAPITAL, INC.

DECLARATION OF LUPE R. LAGUNA RE: NOTICE TO DEFENDANT OF APPLICATION FOR TEMPORARY RESTRAINING ORDER AND MOTION FOR PRELIMINARY INJUNCTION
**REQUEST FOR PRELIMINARY INJUNCTIONS**

# EXHIBIT A

| | |
|---|---|
| **From:** | Laguna, Lupe (Assoc-SAC-LT) |
| **Sent:** | Friday, May 1, 2020 8:43 AM |
| **To:** | icarzinc@gmail.com |
| **Cc:** | Kappes, Kurt A. (Shld-SAC-SFO-Lit-Labor-EmpLaw); Smith, Kimberly A. (Para-SAC-LT) |
| **Subject:** | NextGear Capital, Inc. v. iCarz, Inc. 2:20-CV-00851, Application for Temporary Restraining Order |
| **Attachments:** | NextGear Capital Inc. v. iCarz Inc._Application for TRO.pdf; Declaration of E. Brown.pdf; TRO_Proposed_Order.docx |

Mr. Gorgani:

My name is Lupe Laguna, and I am an attorney with Greenberg Traurig that represents the Plaintiff in the above captioned lawsuit, NextGear Capital, Inc.  This email is to inform you of NextGear Capital's intention to file an application for a temporary restraining order against iCarz, Inc.  A copy of the application is attached to this email. In the application NextGear Capital will be requesting the following relief:

- A Court order enjoining iCarz officers, employees, agents, and representatives from transferring by sale, pledge, or grant of security interest, or otherwise disposing of, or encumbering any of the vehicles identified in Exhibit A ("the subject vehicles") of the attached [proposed] order.

- A Court order enjoining iCarz officers, employees, agents, and representatives from removing the subject vehicles from the iCarz location at 3215 Fulton Ave. Sacramento, California, 95821.

- A Court order instructing iCarz to identify the location of any of the subject vehicles that have already sold, disposed of, or moved from 3215 Fulton Ave. Sacramento, California, 95821.

Please advise if you are willing to stipulate to this requested relief.  If you are willing to discuss alternatives to the above requested relief, please contact me right away.  In light of the Court's COVID-19 restrictions, we have not requested a specific date and time for a hearing on the application.  If the Court decides to set a hearing on the application and/or NextGear Capital's request for a preliminary injunction, I will provide notice to you promptly in accordance with Local Rule 231(a).

If iCarz retains counsel in connection with this matter, please provide me with that attorney's contact information immediately.

Regards,

**Lupe Laguna**
Associate

Greenberg Traurig, LLP
1201 K Street, Suite 1100 | Sacramento, CA 95814
T +1 916.868.0672   |   F +1 916.448.1709   |   C +1 949.547.0130
lagunal@gtlaw.com   |   www.gtlaw.com   |   View GT Biography



1