UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**TEMPORARY RESTRAINING ORDER**
**(TRO)**
**CHECKLIST**

**NOTE:** When filing a Motion for a TRO with the court, you must choose Motion for TRO. You must complete this document and attach it to your motion as an attachment in CM/ECF. If you have questions, please call the CM/ECF Help Desk at 1-866-884-5525 (Sacramento) or 1-866-884-5444 (Fresno).

(A)  *Check one.*   Filing party is represented by counsel   ☑

  Filing party is acting in pro se   ☐

(B)  Has there been actual notice, or a sufficient showing of efforts to provide notice to the affected party? *See Local Rule 231 and FRCP 65(b).*

  **As detailed in the Declaration of Lupe R. Laguna, Defendant was notified on May 1, 2020, at approximately 08:45 AM PST when Plaintiff's counsel emailed iCarz Inc.'s CEO and registered agent for service of process, Ari Gorgani. Shortly thereafter, Plaintiff's counsel made efforts to contact Mr. Gorgani via telephone.**

  Did applicant discuss alternatives to a TRO hearing?

  **In the May 1, 2020 email correspondence to Mr. Gorgani, Plaintiff's counsel asked if iCarz was willing to discuss alternatives to a TRO. iCarz did not respond.**

  Did applicant ask opponent to stipulate to a TRO?

  **In the May 1, 2020 email correspondent to Mr. Gorgani, Plaintiff's counsel asked if iCarz was willing to stipulate to a TRO. iCarz did not respond.**

  Opposing Party: **iCarz, Inc.**

  Telephone No.: **(916) 955 - 4751**

(C)  Has there been undue delay in bringing a TRO?

  **There has been no undue delay in brining the TRO. The Complaint was filed April 27, 2020, and the TRO was filed May 1, 2020.**

  Could this have been brought earlier?

  Yes: ☐    No: ☑

(D)  What is the irreparable injury?

**Plaintiff has loaned a significant sum of money to iCarz. This loan is secured by a number of vehicles that Plaintiff is in the process of selling without payment to iCarz. Without the requested relief preserving the status quo and underlying collateral, any money judgment Plaintiff obtains in this action will be meaningless.**

Why the need for an expedited hearing?

**iCarz has been unresponsive to Plaintiff's communications relating to the collateral, and Plaintiff has received information that iCarz has already sold a number of the collateral vehicles.  Absent order from this Court iCarz can continue to sell, transfer title, and/or conceal the iCarz Vehicles, permanently depriving plaintiff of its right to them.**

(E)  Documents to be filed and (unless impossible) served on affected parties/counsel:

- ☑ (1) Complaint
- ☑ (2) Motion for TRO
- ☑ (3) Brief on all legal issued presented by the motion
- ☑ (4) Affidavit detailing notice, or efforts to effect notice, or showing why it should not be given
- ☑ (5) Affidavit in support of existence of irreparable harm
- ☑ (6) Proposed order with provision for bond
- ☑ (7) Proposed order with blanks for fixing:
    - ☑ Time and date of hearing for motion for preliminary injunction
    - ☑ Date for filing responsive papers
    - ☑ Amount of bond, if any
    - ☑ Date and hour of issuance
- ☐ (8) For TROs requested *ex parte*, proposed order shall notify affected parties they can apply to the court for modification/dissolution on 2 days notice or such shorter notice as the court may allow.  *See Local Rule 231 and FRCP 65(b)*