KURT A. KAPPES – SBN 146384
LUPE R. LAGUNA – SBN 307156
JONATHAN K. OGATA – SBN 325914
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA  95814-3938
Telephone: (916) 442-1111
Facsimile: (916) 448-1709
kappesk@gtlaw.com
lagunal@gtlaw.com
ogataj@gtlaw.com

Attorneys for Plaintiff
NEXTGEAR CAPITAL, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., a Delaware Corporation, | CASE NO.  2:20-cv-00851-MCE-CKD |
| Plaintiff, | **ORDER GRANTING TEMPORARY RESTRAINING ORDER & SETTING HEARING ON MOTION FOR PRELIMINARY INJUNCTION** |
| v. | |
| iCarz Inc., d/b/a LENDING CLUB AUTO d/b/a LATINOS AUTO CENTER, California Corporation, | |
| Defendant. | |

The Court, having considered Plaintiff's Motion for a Temporary Restraining Order, the Complaint (ECF No. 1), and the exhibits submitted, hereby GRANTS Plaintiff's Motion for a Temporary Restraining Order.

**THE COURT HEREBY FINDS THAT**:

1. Plaintiff is likely to succeed on the merits of its claims for breach of contract and claim and delivery/replevin. Further, Plaintiff has demonstrated that it will suffer irreparable harm if a Temporary Restraining Order is not entered because, during the pendency of the action, Defendant could transfer interest in the collateral by sale, pledge, or grant of security interest, or otherwise dispose of the

property, making the collateral vehicles unavailable or impairing their value.

2. If this were to occur, Plaintiff would have no adequate remedy at law, and greater injury will be inflicted upon Plaintiff by the denial of the temporary restraining order than would be inflicted upon Defendant by granting such relief. Finally, granting of the temporary restraining order will serve the public interest.

**IT IS THEREFORE ORDERED** that:

1. Plaintiff's Motion for a Temporary Restraining Order is GRANTED.

2. Defendant and Defendant's officers, employees, agents, and representatives are enjoined from transferring by sale, pledge, or grant of security interest, or otherwise disposing of, or encumbering any of the vehicles identified in Exhibit "A" ("the subject vehicles").

3. Defendant and Defendant's officers, employees, agents, and representatives are restrained and enjoined from removing the subject vehicles from the showroom and/or lot upon which Defendant operates, conducts sales, and/or has its principal place of business, located at 3215 Fulton Ave. Sacramento, California, 95821.

4. To the extent Defendant and/or Defendant's officers, employees, agents, or representatives have already sold, disposed of, or moved any of the subject vehicles from 3215 Fulton Ave. Sacramento, California, 95821, it must identify the location of those vehicles, in a writing signed under oath, and serve said writing on Plaintiff no later than (7) days after the date of this order.

5. Due to the nature of the issues presented by this action, and Defendant's executed waiver of any applicable bond requirement, the court dispenses with the bond requirement contained in Federal Rule of Civil Procedure 65(c).

6. This Order is effective immediately upon electronic filing and shall remain in effect for (14) days but may be extended upon a showing of good cause.

**IT IS FURTHER ORDERED** that:

UPON CONSIDERATION of Plaintiff's Motion, the Memorandum of Points and Authorities, the supporting declarations and exhibits, the papers and pleading on file in this matter and for good cause shown:

7. The Court hereby sets the hearing for Plaintiff's Motion for Preliminary Injunction on May 14, 2020, at 10:00 a.m. The hearing will be conducted via videoconference, and the Courtroom Deputy will contact the parties to coordinate their appearances.

8. Further the Court hereby sets the following briefing schedule relating to Plaintiff's Motion:

    a. Defendant shall file and serve opposition papers, if any, no later than Friday, May 8, 2020; and

    b. Plaintiff shall file and service its reply brief, if any, no later than Tuesday, May 12, 2020.

9. In addition, to ensure Defendant receives timely notice of the hearing, Plaintiff may, in addition to the requirements set forth in Rules 4 and 5 of the Federal Rules of Civil Procedure, serve this Order on Defendant by electronic mail transmission.

**IT IS SO ORDERED.**

Dated: May 1, 2020

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

## **EXHIBIT A**

|  | Vehicle Description | VIN |
|---|---|---|
| 1. | 2013 Mercedes-Benz SLK | WDDPK4HAXDF068036 |
| 2. | 2013 Ford F150 | 1FTFW1CT5DKE71107 |
| 3. | 2010 Chevrolet Silverado | 3GCRKTE39AG221650 |
| 4. | 2010 Porsche Cayenne | WP1AB2AP7ALA50446 |
| 5. | 2009 Mercedes-Benz S Class | WDDNG77X69A271381 |
| 6. | 2010 Jeep Wrangler | 1J4BA5H12AL130002 |
| 7. | 2013 Mercedes-Benz M Class | 4JGDA5HB0DA183669 |
| 8. | 2011 Chevrolet Camaro | 2G1FC1ED6B9163644 |
| 9. | 2014 Ford F150 | 1FTFW1ET3EKE85246 |
| 10. | 2014 Dodge Charger | 2C3CDXBG7EH170643 |
| 11. | 2009 Jeep Wrangler | 1J4GA39119L786311 |
| 12. | 2012 Volkswagen Tiguan | WVGBV7AX2CW529672 |
| 13. | 2013 Jeep Grand | 1C4RJEAG7DC561555 |
| 14. | 2014 Volkswagen Tiguan | WVGAV3AX2EW508957 |
| 15. | 2014 BMW 320 | WBA3B1C58EP680312 |
| 16. | 2011 Chevrolet Suburban | 1GNSCJE06BR387965 |
| 17. | 2010 GMC Yukon | 1GKUCAE03AR275712 |
| 18. | 2009 Mercedes-Benz CLK350 | WDBTJ56H09F266843 |
| 19. | 2012 Volkswagen GTI | WVWHD7AJ7CW145321 |
| 20. | 2017 Lexu GX 4D | JTJBM7FX7H5152265 |
| 21. | 2015 Ford Explorer | 1FM5K7D8XFGB50749 |
| 22. | 2013 Mercedes-Benz C250 | WDDGF4HB1DR263826 |
| 23. | 2013 Buick Enclave | 5GAKVDKD6DJ233528 |
| 24. | 2015 Chevrolet Silverado | 1GCNCPEC6FZ367210 |
| 25. | 2016 Dodge Charger | 2C3CDXCT4GH123178 |
| 26. | 2010 Toyota Highlander | 5TDBK3EH1AS035275 |
| 27. | 2013 Mitsubishi Outlander | JA4AS3AW2DU002795 |

| 28. | 2010 Toyota RAV4 | JTMYK4DV5A5026527 |
|---|---|---|
| 29. | 2014 Dodge Ram | 1C6RR7FT7ES181575 |
| 30. | 2009 Cadillac Escalade | 1GYFK13249R158058 |
| 31. | 2012 Ford F150 | 1FTFW1ET7CFC59930 |
| 32. | 2013 Honda CR-V | 5J6RM3H77DL020999 |
| 33. | 2017 Jeep Renegade | ZACCJABB4HPE58127 |
| 34. | 2014 Subaru Outback | 4S4BRBEC8E3263450 |
| 35. | 2010 Lexu RX 450H | JTJBC1BA7A2406906 |
| 36. | 2009 Dodge Ram | 1D3HB18T89S722987 |
| 37. | 2011 Toyota Tundra | 5TFRM5F13BX027471 |
| 38. | 2015 Mercedes-Benz C Class | 55SWF4KB0FU003648 |
| 39. | 2013 Acura ILX | 19VDE1F55DE001260 |
| 40. | 2013 Chevrolet Impala | 2G1WG5E35D1157869 |
| 41. | 2013 Dodge Durango | 1C4SDHCT1DC689472 |
| 42. | 2012 Audi A5 | WAUCFAFH4CN006306 |
| 43. | 2012 Ram 1500 | 1C6RD7GP9CS222074 |
| 44. | 2011 Ford F150 | 1FTFW1EF9BKD52268 |
| 45. | 2014 Subaru Outback | 4S4BRBLC8E3210623 |
| 46. | 2012 Ford Escape | 1FMCU9DG4CKB76003 |
| 47. | 2011 Mercedes S Class | WDDNG7BBXBA387362 |
| 48. | 2010 Dodge Ram | 1D7RB1GP8AS102006 |
| 49. | 2014 Chevrolet Camaro | 2G1FA1E33E9268160 |
| 50. | 2015 Nissan Pathfinder | 5N1AR2MM3FC659793 |
| 51. | 2015 Mercedes-Benz C300 | 55SWF4JB8FU056177 |
| 52. | 2011 Volkswagen Touareg | WVGFF9BP4BD001473 |
| 53. | 2017 Dodge Grand Caravan | 2C4RDGEG4HR842075 |
| 54. | 2012 BMW X5 | 5UXZV8C54CL423907 |
| 55. | 2015 BMW 428I | WBA4A9C52FGL86380 |
| 56. | 2009 Dodge Ram | 1D3HV13PX9S704637 |
| 57. | 2011 Ford Explorer | 1FMHK7B81BGA94016 |

| | | |
|---|---|---|
| 58. | 2007 Mercedes-Benz SLK | WDBWK54F07F153449 |
| 59. | 2015 Chevrolet Silverado | 3GCUKREC8FG330976 |
| 60. | 2016 Chevrolet Camaro | 1G1FB1RS1G0148661 |
| 61. | 2014 Chrysler Town & Country | 2C4RC1BG4ER156313 |
| 62. | 2008 Chevrolet Tahoe | 1GNFC13078J190640 |
| 63. | 2010 Ford F150 | 1FTEW1C8XAKE29695 |
| 64. | 2003 Dodge Ram | 1D7HU18N23J507953 |
| 65. | 2007 GMC Yukon | 1GKFK66827J221726 |
| 66. | 2016 Dodge Ram | 1C6RR6GT2GS240981 |
| 67. | 2014 Lexus RX 450H | JTJBC1BA2E2068577 |
| 68. | 2014 Nissan Quest | JN8AE2KP7E9100874 |
| 69. | 2014 Ram 1500 | 1C6RR7JT2ES106208 |
| 70. | 2013 Ford F150 | 1FTFW1ET6DFB07123 |
| 71. | 2008 Toyota Sequoia | 5TDZY68A38S002186 |
| 72. | 2018 Hyundai Sonata | 5NPE24AF6JH662552 |
| 73. | 2014 Mercedes-Benz M-Class | 4JGDA5HB6EA352532 |
| 74. | 2015 Cadillac ATS | 1G6AB5RAXF0120679 |
| 75. | 2013 Mercedes-Benz E Class | WDDHF5KB6DA705422 |
| 76. | 2015 Mercedes-Benz GLA | WDCTG4EB7FJ135144 |
| 77. | 2009 Chevrolet Silverado | 3GCEC23J99G122118 |
| 78. | 2016 Ford F150 | 1FTEX1EP3GKF54385 |
| 79. | 2009 Cadillac Escalade | 1GYFK26239R203587 |
| 80. | 2013 Ford F150 | 1FTFW1ET1DKF97770 |
| 81. | 2013 Toyota Tacoma | 5TFJU4GN2DX049540 |
| 82. | 2013 Audi A7 | WAU2GAFC3DN083778 |
| 83. | 2013 Ford Mustang | 1ZVBP8AM6D5238980 |
| 84. | 2008 Chevrolet Silverado | 2GCEC13C581195165 |
| 85. | 2007 Jeep Wrangler | 1J4FA54147L225127 |
| 86. | 2007 Toyota Tundra | 5TBDV54197S470515 |
| 87. | 2008 Toyota Tundra | 5TFBV54188X046723 |

| | | |
|---|---|---|
| **88.** | 2011 Nissan Frontier | 1N6AD0ERXBC424025 |
| **89.** | 2012 Jeep Grand Cherokee | 1C4RJFAG0CC145352 |
| **90.** | 2014 Chevrolet Silverado | 3GCPCREH0EG210223 |
| **91.** | 2010 Mercedes-Benz E350 | WDDHF5GB9AA096668 |
| **92.** | 2013 Hyundai Genesis | KMHHT6KD9DU102789 |
| **93.** | 2012 Chevrolet Silverado | 3GCPCSE00CG177366 |
| **94.** | 2017 Ford Fusion | 3FA6P0PU3HR329940 |
| **95.** | 2013 BMW 528I | WBAXG5C54DDY31642 |
| **96.** | 2007 Chevrolet Tahoe | 1GNFK13067R101353 |
| **97.** | 2013 Ford F150 | 1FTFW1ET4DFB38080 |
| **98.** | 2013 Chevrolet Camaro | 2G1FE1E31D9147887 |
| **99.** | 2015 Honda Crosstour | 5J6TF2H51FL000162 |
| **100.** | 2015 Chrysler 200 | 1C3CCCBB3FN717562 |
| **101.** | 2014 Ram 1500 | 1C6RR6GT8ES383592 |
| **102.** | 2011 Ram 1500 | 1D7RB1CT7BS515412 |
| **103.** | 2011 BMW 5-Series | WBAFR7C58BC801922 |
| **104.** | 2008 GMC Yukon | 1GKFK63818J241777 |
| **105.** | 2012 BMW 7-Series | WBAKB4C50CC576558 |
| **106.** | 2013 Chevrolet Malibu | 1G11A5SA2DF247665 |
| **107.** | 2013 Cadillac XTS | 2G61R5S37D9224749 |
| **108.** | 2013 Ford F150 | 1FTFW1ET3DKF43693 |
| **109.** | 2014 Mercedes-Benz CLA250 | WDDSJ4EB8EN037143 |
| **110.** | 2017 Land Rover Discovery | SALCP2BG9HH672143 |
| **111.** | 2013 Ford F150 | 1FTFW1ET9DFA54675 |
| **112.** | 2013 Mercedes-Benz GL Class | 4JGDF7CE7DA252520 |
| **113.** | 2016 Mercedes-Benz E-Class | WDDHF5KB8GB293826 |
| **114.** | 2007 Cadillac Escalade | 1GYFK63867R373519 |
| **115.** | 2014 Subaru Impreza | JF1GV7E60EG011736 |
| **116.** | 2014 Chrysler 300 | 2C3CCAKG5EH216728 |

| | | |
|---|---|---|
| **117.** | 2010 Toyota Tundra | 5TFFY5F12AX087828 |
| **118.** | 2013 Honda Accord | 1HGCT1B80DA016150 |
| **119.** | 2015 BMW 3-Series | WBA8Z5C50FD672457 |
| **120.** | 2017 GMC Canyon | 1GTH5AEAXH1306074 |
| **121.** | 2016 Mercedes-Benz C-Class | 55SWF4JB2GU156227 |
| **122.** | 2015 Ram 1500 | 1C6RR6GGXFS518320 |
| **123.** | 2017 Toyota Corolla | 5YFBURHE1HP595864 |
| **124.** | 2015 Audi A8 | WAU32AFD7FN009715 |
| **125.** | 2013 Honda Accord | 1HGCT2B87DA002980 |
| **126.** | 2019 Nissan Sentra | 3N1AB7AP9KY273176 |