KURT A. KAPPES – SBN 146384
LUPE R. LAGUNA – SBN 307156
JONATHAN K. OGATA – SBN 325914
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA  95814-3938
Telephone: (916) 442-1111
Facsimile: (916) 448-1709
kappesk@gtlaw.com
lagunal@gtlaw.com
ogataj@gtlaw.com

*Counsel for Plaintiff NextGear
Capital, Inc.*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., a Delaware Corporation, | ) CASE NO.  2:20-cv-00851-MCE-CKD |
| | ) |
| | ) **PROOF OF SERVICE** |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ICARZ INC., d/b/a LENDING CLUB AUTO d/b/a LATINOS AUTO CENTER, California Corporation, | ) |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| KURT A. KAPPES (#SBN 146384)<br>GREENBERG TRAURIG LLP<br>1201 K STREET SUITE 1100<br>SACRAMENTO , CA 95814 | |

*Telephone No:* (916) 442-1111

*Attorney For:* Plaintiff  |  *Ref. No. or File No.:*

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court Eastern District of California

*Plaintiff:* NEXTGEAR CAPITAL, INC., a Delaware Corporation
*Defendant:* ICARZ INC., d/b/a LENDING CLUB AUTO d/b/a LATINOS AUTO CENTER, California Corporation

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:20-CV-00851-MCE-CKD |
|---|---|---|---|---|

1.  *At the time of service I was at least 18 years of age and not a party to this action.*

2.  I served copies of the SUMMONS IN A CIVIL CASE; COMPLAINT; NOTICE OF AVAILABILITY VOLUNTARY DISPUTE RESOLUTION; MAGISTRATE JUDGE CONSENT IN CIVIL CASES: KNOW YOUR RIGHTS!; INITIAL PRETRIAL SCHEDULING ORDER; CIVIL COVER SHEET

3.  *a.  Party served:*      ICarz, Inc.
    *b.  Person served:*    ARI GORGANI, AGENT FOR SERVICE OF PROCESS

4.  *Address where the party was served:*    2171 GLANCY COURT , CARMICHAEL , CA 95608

5.  *I served the party:*
    a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue, May 05 2020 (2) at: 06:12 PM

6.  *Person Who Served Papers:*
    a. Mike Singh (#2000-02, Sacramento County)                    d. *The Fee* for Service was:   164.05
    b. **FIRST LEGAL**
      1814 I Street
      SACRAMENTO, CA 95814
    c. (916) 444-5111

7.  *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

05/06/2020
*(Date)*                    *(Signature)*



PROOF OF
SERVICE

*4517541*
*(16036003)*