KURT A. KAPPES – SBN 146384
LUPE R. LAGUNA – SBN 307156
JONATHAN K. OGATA – SBN 325914
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA  95814-3938
Telephone: (916) 442-1111
Facsimile: (916) 448-1709
kappesk@gtlaw.com
lagunal@gtlaw.com
ogataj@gtlaw.com

*Counsel for Plaintiff NextGear
Capital, Inc.*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., a Delaware Corporation,<br><br>          Plaintiff,<br><br>v.<br><br>ICARZ INC., d/b/a LENDING CLUB AUTO d/b/a LATINOS AUTO CENTER, California Corporation,<br><br>          Defendant. | )  CASE NO.  2:20-cv-00851-MCE-CKD<br>)<br>)  **PROOF OF SERVICE**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

| Attorney or Party without Attorney:<br>LUPE R. LAGUNA (#SBN 307156)<br>GREENBERG TRAURIG LLP<br>1201 K STREET SUITE 1100<br>SACRAMENTO , CA 95814<br>  Telephone No:  (916) 442-1111 | | | | For Court Use Only |
|---|---|---|---|---|
|   Attorney For:  Plaintiff | Ref. No. or File No.: | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court Eastern District of California | | | | |
| Plaintiff:  NEXTGEAR CAPITAL, INC., a Delaware Corporation<br>Defendant:  ICARZ INC., d/b/a LENDING CLUB AUTO d/b/a LATINOS AUTO CENTER,<br>  California Corporation | | | | |
| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:20-CV-00851-MCE-CKD |

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the PLAINTIFF NEXTGEAR CAPITAL, INC.'S APPLICATION FOR TEMPORARY RESTRAINING ORDER & MOTION FOR A PRELIMINARY INJUNCTION; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION; DECLARATION OF LUPE R. LAGUNA RE NOTICE TO DEFENDANT OF FILING OF APPLICATION FOR TRO AND MOTION; DECLARATION OF ERIC BROWN IN SUPPORT OF APPLICATION FOR TRO AND MOTION; [PROPOSED] ORDER GRANTING TRO AND SETTING HEARING ON MOTION FOR PRELIMINARY INJUNCTION; TRO CHECKLIST; PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES; ORDER GRANTING TEMPORARY RESTRAINING ORDER & SETTING HEARING ON MOTION FOR PRELIMINARY INJUNCTION

3. *a.  Party served:*    ICARZ INC.
   *b.  Person served:*   ARI GORGANI, AGENT FOR SERVICE OF PROCESS.

4. *Address where the party was served:*   2171 GLANCY CT, CARMICHAEL, CA 95608

5. *I served the party:*
  a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Mon, May 04 2020 (2) at: 05:48 PM

6. *Person Who Served Papers:*
  a. Mike Singh (#2000-02, Sacramento County)             d. *The Fee* for Service was:  $216.00
  b. FIRST LEGAL
    1202 Howard Street
    SAN FRANCISCO, CA 94103
  c. (415) 626-3111

7. *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

05/05/2020
*(Date)*

*(Signature)*



PROOF OF
SERVICE

*4514473*
*(16035968)*