KURT A. KAPPES – SBN 146384
LUPE R. LAGUNA – SBN 307156
JONATHAN K. OGATA – SBN 325914
GREENBERG TAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA  95814-3938
Telephone: (916) 442-1111
Facsimile: (916) 448-1709
kappesk@gtlaw.com
lagunal@gtlaw.com
ogataj@gtlaw.com

*Counsel for Plaintiff NextGear Capital, Inc.*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., a Delaware Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>ICARZ INC., d/b/a LENDING CLUB AUTO d/b/a LATINOS AUTO CENTER, California Corporation,<br><br>    Defendant. | CASE NO.  2:20-cv-00851-MCE-CKD<br><br>**PROOF OF SERVICE** |

*NextGear Capital, Inc. v. iCarz Inc., et al.*
United States Dist. Court, Eastern Dist. of California Case No. 2:20-cv-00851-MCE-CKD

## DECLARATION OF SERVICE

I am a citizen of the United States, over the age of 18 years, and not a party to or interested in this action. I am employed in the County of Sacramento, State of California and my business address is Greenberg Traurig, LLP, 1201 K Street, Suite 1100, Sacramento, CA 95814. On May 1, 2020, I caused to be served the following document(s):

**ORDER GRANTING TEMPORARY RESTRAINING ORDER & SETTING HEARING ON MOTION FOR PRELIMINARY INJUNCTION (ECF NO. 6)**

And served as follows:

| | |
|---|---|
| iCarz Inc.<br>c/o Agent for Service of Process:<br>Ari Gorgani<br>3215 Fulton Ave.<br>Sacramento, CA 95821<br>icarzinc@gmail.com | Attorneys for Defendant<br>iCarz Inc. d/b/a Lending Club Auto<br>d/b/a Latinos Auto Center |

☐ **BY MAIL**: I am familiar with this firm's practice whereby the mail, after being placed in a designated area, is given fully prepaid postage and is then deposited with the U.S. Postal Service at Sacramento, California, after the close of the day's business.

☐ **BY PERSONAL SERVICE**: I caused such envelope to be delivered by hand.

☐ **BY OVERNIGHT COURIER**: I caused such envelope to be placed for collection and delivery in accordance with standard overnight delivery procedures for delivery the next business day.

☒ **BY ELECTRONIC SERVICE**: I caused such document to be delivered by electronic means to the address listed above. A copy of the email transmitting the above referenced document is attached hereto as Exhibit "A."

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 6, 2020, at El Dorado Hills, California.

Lupe R. Laguna

# EXHIBIT A

| | |
|---|---|
| **From:** | Laguna, Lupe (Assoc-SAC-LT) |
| **Sent:** | Friday, May 1, 2020 6:14 PM |
| **To:** | icarzinc@gmail.com |
| **Cc:** | Kappes, Kurt A. (Shld-SAC-SFO-Lit-Labor-EmpLaw); Smith, Kimberly A. (Para-SAC-LT) |
| **Subject:** | RE: NextGear Capital, Inc. v. iCarz, Inc. 2:20-CV-00851, Application for Temporary Restraining Order |
| **Attachments:** | Order Granting TRO.pdf |

Mr. Gorgani:

Following up my below email, attached is the Court's order granting NextGear Capital's request for a temporary restraining order. The Court has set a hearing on NextGear Capital's request for a preliminary injunction for **May 14, 2020, at 10:00 am via video conference.**

Regards,
Lupe Laguna

---

**From:** Laguna, Lupe (Assoc-SAC-LT)
**Sent:** Friday, May 1, 2020 8:43 AM
**To:** 'icarzinc@gmail.com' <icarzinc@gmail.com>
**Cc:** Kappes, Kurt A. (Shld-SAC-SFO-Lit-Labor-EmpLaw) <kappesk@gtlaw.com>; Smith, Kimberly A. (Para-SAC-LT) <smithkim@gtlaw.com>
**Subject:** NextGear Capital, Inc. v. iCarz, Inc. 2:20-CV-00851, Application for Temporary Restraining Order

Mr. Gorgani:

My name is Lupe Laguna, and I am an attorney with Greenberg Traurig that represents the Plaintiff in the above captioned lawsuit, NextGear Capital, Inc. This email is to inform you of NextGear Capital's intention to file an application for a temporary restraining order against iCarz, Inc. A copy of the application is attached to this email. In the application NextGear Capital will be requesting the following relief:

- A Court order enjoining iCarz officers, employees, agents, and representatives from transferring by sale, pledge, or grant of security interest, or otherwise disposing of, or encumbering any of the vehicles identified in Exhibit A ("the subject vehicles") of the attached [proposed] order.

- A Court order enjoining iCarz officers, employees, agents, and representatives from removing the subject vehicles from the iCarz location at 3215 Fulton Ave. Sacramento, California, 95821.

- A Court order instructing iCarz to identify the location of any of the subject vehicles that have already sold, disposed of, or moved from 3215 Fulton Ave. Sacramento, California, 95821.

Please advise if you are willing to stipulate to this requested relief. If you are willing to discuss alternatives to the above requested relief, please contact me right away. In light of the Court's COVID-19 restrictions, we have not requested a specific date and time for a hearing on the application. If the Court decides to set a hearing on the application and/or NextGear Capital's request for a preliminary injunction, I will provide notice to you promptly in accordance with Local Rule 231(a).

If iCarz retains counsel in connection with this matter, please provide me with that attorney's contact information immediately.

Regards,

**Lupe Laguna**
Associate

Greenberg Traurig, LLP
1201 K Street, Suite 1100 | Sacramento, CA 95814
T +1 916.868.0672   |   F +1 916.448.1709   |   C +1 949.547.0130
lagunal@gtlaw.com   |   www.gtlaw.com   |   View GT Biography

