ROGERS JOSEPH O'DONNELL
John G. Heller (State Bar No. 129901)
jheller@rjo.com
Sharon Rossi (State Bar No. 232725)
srossi@rjo.com
311 California Street
San Francisco, California 94104
Telephone:  415.956.2828
Facsimile:  415.956.6457

Attorneys for Defendant
ICARZ INC., d/b/a LENDING CLUB
AUTO d/b/a LATINOS AUTO CENTER,
California Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., a Delaware Corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>iCarz Inc., d/b/a LENDING CLUB AUTO d/b/a LATINOS AUTO CENTER, California Corporation,<br><br>　　　　　Defendant. | Case No. 2:20-cv-00851-MCE-CKD<br><br>**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, iCarz Inc., d/b/a LENDING CLUB AUTO d/b/a LATINOS AUTO CENTER discloses the following:

　　　　There is no publicly-traded entity that owns 10% or more of iCarz Inc. stock.


Dated:  May 8, 2020　　　　　　　　　ROGERS JOSEPH O'DONNELL

　　　　　　　　　　　　　　　　　　　　/s/ *John G. Heller*
　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　JOHN G. HELLER
　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　ICARZ INC., d/b/a LENDING CLUB
　　　　　　　　　　　　　　　　　　AUTO d/b/a LATINOS AUTO CENTER,
　　　　　　　　　　　　　　　　　　California Corporation

**PROOF OF SERVICE**
**[FRCivP 5(b)]**

I, Tamora Horen, state:  My business address is 311 California Street, 10th Floor, San Francisco, CA 94104.  I am employed in the City and County of San Francisco.  This service was effected from Pacifica, California.

I hereby certify that on May 8, 2020 I electronically filed the foregoing document with the United States District Court, Eastern District of California by using the CM/ECF system.

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system:

**NAMES AND ADDRESSES OF PARTIES SERVED:**
COUNSEL for NEXTGEAR
Kurt A. Kappes
Lupe R. Laguna
Jonathan K. Ogata
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA 95814-3938
Telephone: (916) 442-1111
Facsimile: (916) 448-1709
kappesk@gtlaw.com
lagunal@gtlaw.com
ogataj@gtlaw.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed this date at Pacifica, California.

Dated:  May 8, 2020                        */s/ Tamora M. Horen*
                                                        Tamora Horen