ROGERS JOSEPH O'DONNELL
John G. Heller (State Bar No. 129901)
jheller@rjo.com
Sharon Rossi (State Bar No. 232725)
srossi@rjo.com
311 California Street
San Francisco, California 94104
Telephone:  415.956.2828
Facsimile:  415.956.6457

Attorneys for Defendant
ICARZ INC., d/b/a LENDING CLUB
AUTO d/b/a LATINOS AUTO CENTER,
California Corporation

GREENBERG TRAURIG, LLP
Kurt A. Kappes – SBN 146384
kappesk@gtlaw.com
Lupe R. Laguna – SBN 307156
lagunal@gtlaw.com
1201 K Street, Suite 1100
Sacramento, CA  95814-3938
Telephone: (916) 442-1111
Facsimile: (916) 448-1709

Attorneys for Plaintiff
NEXTGEAR CAPITAL, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>iCarz Inc., d/b/a LENDING CLUB AUTO d/b/a LATINOS AUTO CENTER, California Corporation,<br><br>Defendant. | Case No. 2:20-cv-00851-MCE-CKD<br><br>**STIPULATION TO CONTINUE HEARING ON MOTION FOR PRELIMINARY INJUNCTION AND CONTINUE DEADLINES; [PROPOSED] ORDER** |

Page 1

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Local Rule 144, Plaintiff NextGear Capital Inc. and Defendant iCarz Inc., d/b/a Lending Club Auto d/b/a Latinos Auto Center, by and through their counsel, jointly stipulate and agree to continue the hearing and briefing schedule on Plaintiff NextGear's Motion for Preliminary Injunction and the deadline for the certification required in the Court's temporary restraining order as follows:

WHEREAS, Plaintiff NextGear filed its Motion for Preliminary Injunction on May 1, 2020 (ECF 5) and emailed a copy of that motion to Ari Gorgani, the President of iCarz that same day;

WHEREAS on May 1, 2020, this Court issued a temporary restraining order and set a hearing date of May 14, 2020 for plaintiff's preliminary injunction motion, with an opposition deadline of May 8, 2020 and a reply deadline of May 12, 2020 (ECF 6);

WHEREAS, NextGear emailed the Court's temporary restraining order to iCarz's registered agent for service of process, Ari Gorgani, on May 1, 2020;

WHEREAS, NextGear personally served the Court's temporary restraining order on iCarz's registered agent for service of process, Ari Gorgani, on May 5, 2020;

WHEREAS iCarz retained counsel on May 7, 2020;

WHEREAS counsel for iCarz contacted counsel for NextGear on May 7, 2020 requesting that the parties enter into this stipulation;

WHEREAS, good cause appears to continue the hearing because newly-retained counsel for iCarz needs sufficient time to review the papers and prepare any response, and NextGear has agreed to the stipulation subject to the terms set forth below and on the condition that the accommodation shall not be deemed a waiver of any kind;

NOW, THEREFORE, the parties, by and through their counsel, hereby respectfully stipulate and request the Court to issue an Order establishing the following:

1. The hearing on Plaintiff's motion for preliminary injunction shall be continued from May 14, 2020 to **May 28, 2020** at 10:00 a.m. and will be conducted via video teleconference;

2. The deadline to file any opposition to the motion for preliminary injunction shall be continued from May 8, 2020 to **May 19, 2020**;

3. The deadline to file any reply in support of the motion for preliminary injunction shall be continued from May 12, 2020 to **May 26, 2020**.

4. The temporary restraining order issued on May 1, 2020 (ECF 6) shall remain in effect through the date that this Court issues its ruling on plaintiff's preliminary injunction motion.

5. The deadline for defendant to deliver the certification referred to in paragraph 4 of the temporary restraining order shall be continued from May 8, 2020, to **May 14, 2020.**

Dated: May 8, 2020                ROGERS JOSEPH O'DONNELL

/s/ *John G. Heller*
By: _____
JOHN G. HELLER
Attorneys for Defendant
ICARZ INC., d/b/a LENDING CLUB
AUTO d/b/a LATINOS AUTO CENTER,
California Corporation

Dated: May 8, 2020                GREENBERG TRAURIG, LLP

/s/ *Lupe R. Laguna* (as authorized on 5-8-20)
By: _____
LUPE R. LAGUNA
Attorneys for Plaintiff
NEXTGEAR CAPITAL, INC

## ORDER

        The Court, having reviewed the Stipulation of the Parties and finding good cause:

        IT IS SO ORDERED.

Dated: May 11, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE