ROGERS JOSEPH O'DONNELL
John G. Heller (SBN. 129901)
jheller@rjo.com
Lauren Kramer Sujeeth (SBN 259821)
lsujeeth@rjo.com
311 California Street
San Francisco, California 94104
Telephone: 415.956.2828
Facsimile:  415.956.6457

Attorneys for Defendant
ICARZ INC., d/b/a LENDING CLUB
AUTO d/b/a LATINOS AUTO CENTER,
California Corporation

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., a Delaware Corporation,<br><br>                Plaintiff,<br><br>        vs.<br><br>iCarz Inc., d/b/a LENDING CLUB AUTO d/b/a LATINOS AUTO CENTER, a California Corporation,<br><br>                Defendant. | Case No. 2:20-cv-00851-MCE-CKD<br><br>**DEFENDANT'S STATEMENT OF NON-OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:     May 28, 2020<br>Time:    10:00 a.m.<br>Dept.:    Courtroom 7, 14th Floor<br>Location: Zoom Videoconference<br><br>Judge Morrison C. England |

      Defendant iCarz, Inc. will not oppose the pending motion for preliminary injunction.  This non-opposition is made without acknowledging the propriety of plaintiff's claims or grounds for seeking injunctive relief, and without waiving any defenses or arguments.

Dated:  May 19, 2020                    ROGERS JOSEPH O'DONNELL

                                        /s/ *John G. Heller*
                               By: _____
                                     JOHN G. HELLER
                                     Attorneys for Defendant iCarz, Inc.

# PROOF OF SERVICE
## [FRCivP 5(b)]

I, Tamora Horen, state:  My business address is 311 California Street, 10th Floor, San Francisco, CA 94104.  I am employed in the City and County of San Francisco.  This service was effected from Pacifica, California.

I hereby certify that on May 19, 2020 I electronically filed the foregoing document with the United States District Court, Eastern District of California by using the CM/ECF system.

**DEFENDANT'S STATEMENT OF NON-OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION**

I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system:

**NAMES AND ADDRESSES OF PARTIES SERVED:**
COUNSEL for NEXTGEAR
Kurt A. Kappes
Lupe R. Laguna
Jonathan K. Ogata
GREENBERG TAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA 95814-3938
Telephone: (916) 442-1111
Facsimile: (916) 448-1709
kappesk@gtlaw.com
lagunal@gtlaw.com
ogataj@gtlaw.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed this date at Pacifica, California.

Dated:  May 19, 2020                                    */s/ Tamora M. Horen*
                                                        Tamora Horen