ROGERS JOSEPH O'DONNELL
John G. Heller (SBN 129901)
jheller@rjo.com
Lauren Kramer Sujeeth (SBN 259821)
lsujeeth@rjo.com
311 California Street
San Francisco, California 94104
Telephone: 415.956.2828
Facsimile: 415.956.6457

Attorneys for Defendant
ICARZ INC., d/b/a LENDING CLUB AUTO d/b/a LATINOS AUTO CENTER, California Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>iCarz Inc., d/b/a LENDING CLUB AUTO d/b/a LATINOS AUTO CENTER, a California Corporation,<br><br>Defendant. | Case No. 2:20-cv-00851-MCE-CKD<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Judge Morrison C. England |

Pursuant to Eastern District Local Rule 144(a), the parties hereby stipulate to extend by 10 days Defendant iCarz Inc's time to respond to the complaint. The new deadline shall be June 5, 2020.

Dated:  May 26, 2020         ROGERS JOSEPH O'DONNELL

                             /s/ *John G. Heller*
                        By: _____
                             JOHN G. HELLER
                             Attorneys for Defendant iCarz, Inc.

Dated:  May 26, 2020         GREENBERG TRAURIG, LLP

                             /s/ *Lupe R. Laguna*
                        By: _____
                             KURT A. KAPPES
                             LUPE R. LAGUNA
                             Attorneys for Plaintiff NextGear

**ATTESTATION RE SIGNATORIES**

I, John Heller, am the ECF User whose identification and password are being used to file this stipulation. I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED:  May 26, 2020          By: */s/ John Heller*
                                  John G. Heller

**PROOF OF SERVICE**
**[FRCivP 5(b)]**

I, Tamora Horen, state:  My business address is 311 California Street, 10th Floor, San Francisco, CA 94104.  I am employed in the City and County of San Francisco.  This service was effected from Pacifica, California.

I hereby certify that on May 26, 2020 I electronically filed the foregoing document with the United States District Court, Eastern District of California by using the CM/ECF system.

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**

I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system:

**NAMES AND ADDRESSES OF PARTIES SERVED:**
COUNSEL for NEXTGEAR
Kurt A. Kappes
Lupe R. Laguna
Jonathan K. Ogata
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA 95814-3938
Telephone: (916) 442-1111
Facsimile: (916) 448-1709
kappesk@gtlaw.com
lagunal@gtlaw.com
ogataj@gtlaw.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed this date at Pacifica, California.

Dated:  May 26, 2020                 */s/ Tamora M. Horen*
                                      Tamora Horen