ROGERS JOSEPH O'DONNELL
John G. Heller (SBN. 129901)
jheller@rjo.com
Lauren Kramer Sujeeth (SBN 259821)
lsujeeth@rjo.com
311 California Street
San Francisco, California 94104
Telephone: 415.956.2828
Facsimile: 415.956.6457

Attorneys for Defendant
ICARZ INC., California Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>iCarz Inc., d/b/a LENDING CLUB AUTO d/b/a LATINOS AUTO CENTER, a California Corporation,<br><br>Defendant. | Case No. 2:20-cv-00851-MCE-CKD<br><br>**NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT ICARZ INC.**<br><br>Date:     August 6, 2020<br>Time:    2:00 p.m.<br>Dept.:    Courtroom 7, 14th Floor<br><br>Judge Morrison C. England |

TO THE COURT, PARTIES AND COUNSEL:

PLEASE TAKE NOTICE that on August 6, 2020, at 2:00 p.m. or as soon thereafter as the matter may be heard, counsel for Defendant ICARZ INC., a California Corporation ("iCarz") will and hereby does move the Court, for an order allowing Rogers Joseph O'Donnell to withdraw as counsel of record for iCarz due to iCarz's inability to pay for ongoing services. The motion is based on this notice of motion, and the accompanying declaration of John G. Heller.

**I.      FACTUAL BACKGROUND**

On May 8, 2020, Defendant iCarz and Rogers Joseph O'Donnell ("RJO") entered into a representation agreement governing the services RJO would provide in

connection of the defense of this case.  The agreement included a provision on payment of attorney fees. (Heller decl., ¶ 2)

RJO has filed an answer on behalf of iCarz, engaged in unsuccessful settlement negotiations with plaintiff, participated in a Rule 26 conference, and advised iCarz during this initial stage of the litigation.  (Heller decl., ¶ 3)

Due to financial circumstances, iCarz is no longer able to meet its obligation to pay fees incurred in ongoing services.  RJO has informed its client of the need to withdraw, and its plans to bring this motion.  iCarz does not oppose the motion. (Heller decl., ¶ 4)

## II.    ARGUMENT

An attorney moving to withdraw must conform to the California Rules of Professional, including carefully adhering to his or her obligations to maintain the privilege and preserve client confidences.

Here, defendant iCarz is unable to meet its contractual obligation to pay fees for ongoing representation in this lawsuit.  RJO is unable to provide legal services without being paid.  iCarz acknowledges this fact, and does not oppose the motion to withdraw.

The litigation is at its initial stage, and withdrawal therefore does not present any prejudice or inconvenience to the Court or opposing counsel, as might occur if the matter were on the eve of trial.  The withdrawal is not being sought for the purpose of delay. (Heller decl., ¶ 4)

Accordingly, RJO requests that the Court issue an order authorizing its withdrawal.

Dated:  June 30, 2020                                ROGERS JOSEPH O'DONNELL

                                                                    /s/ *John G. Heller*
                                                            By: _____
                                                                    JOHN G. HELLER
                                                                    Attorneys for Defendant iCarz, Inc.

# PROOF OF SERVICE
### [FRCivP 5(b)]

I, Tamora Horen, state:  My business address is 311 California Street, 10th Floor, San Francisco, CA 94104.  I am employed in the City and County of San Francisco.  This service was effected from Pacifica, California.

I hereby certify that on June 30, 2020 I electronically filed the foregoing document with the United States District Court, Eastern District of California by using the CM/ECF system.

**NOTICE AND MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT**

I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system:

**NAMES AND ADDRESSES OF PARTIES SERVED:**
COUNSEL for NEXTGEAR
Kurt A. Kappes
Lupe R. Laguna
Jonathan K. Ogata
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA 95814-3938
Telephone: (916) 442-1111
Facsimile: (916) 448-1709
kappesk@gtlaw.com
lagunal@gtlaw.com
ogataj@gtlaw.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed this date at Pacifica, California.

Dated:  June 30, 2020              */s/ Tamora M. Horen*
                                                                Tamora Horen