KURT A. KAPPES – SBN 146384
LUPE R. LAGUNA – SBN 307156
JONATHAN K. OGATA – SBN 325914
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA  95814-3938
Telephone: (916) 442-1111
Facsimile: (916) 448-1709
kappesk@gtlaw.com
lagunal@gtlaw.com
ogataj@gtlaw.com

Attorneys for Plaintiff
NEXTGEAR CAPITAL, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., a Delaware Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>iCarz Inc., d/b/a LENDING CLUB AUTO d/b/a LATINOS AUTO CENTER, California Corporation,<br><br>    Defendant. | CASE NO.  2:20-cv-00851-MCE-CKD<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S APPLICATION FOR WRIT OF POSSESSION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 64 & CALIFORNIA CODE OF CIVIL PROCEDURE § 512.010**<br><br>Date:   August 20, 2020<br>Time:  2:00 p.m.<br>Dept:   7, 14th Floor |

The Court, having considered Plaintiff's Application for a Writ of Possession Pursuant to Federal Rule of Civil Procedure 64 & California Code of Civil Procedure § 512.010, and the exhibits submitted, hereby GRANTS Plaintiff's Application for a Writ of Possession.

**THE COURT HEREBY FINDS THAT**:

1.     Defendant has been properly served as required by the Code of Civil Procedure section 512.030.  Plaintiff has established the probable validity of its claim to possession to all motor vehicle inventory in the possession or control of Defendant, as set forth in the Application and the supporting declaration.  Based on the declaration of Ari Gorgani, which was submitted by Defendant, there is probable

cause to believe Defendant's motor vehicle inventory, or at least some part of it, is located at Defendant's business address, 3215 Fulton Ave, Sacramento, California.  Based on the declaration of Eric Brown, which was submitted by Plaintiff, there is probable cause to believe additional unsold motor vehicle inventory under the possession or control of Defendant is located at an additional address to be provided by Plaintiff as soon as it is confirmed to the Court.

**IT IS THEREFORE ORDERED** that:

1. The Clerk of this Court is directed to issue a writ of possession as provided by California Code of Civil Procedure section 512.020 immediately.

2. It is further ordered that the United States Marshal service is directed to seize any vehicle inventory remaining in Defendant's possession or control, wherever it may be found, and deliver it to Plaintiff.

3. It is further ordered that, if necessary, the United States Marshal service may enter the following private places and take possession of any vehicle inventory remaining in Defendant's possession or control:  3215 Fulton Ave., Sacramento, California and _____ (additional address to be provided to the Court by Plaintiff prior to the execution of this Order).

4. Due to the nature of the issues presented by this action, and Defendant's executed waiver of any applicable bond or undertaking requirement, pursuant to California Code of Civil Procedure section 515.010(b), the court dispenses with the undertaking requirement.

5. FAILURE TO COMPLY WITH THIS ORDER MAY SUBJECT DEFENDANT OR ITS DESIGNATED REPRESENTATIVE BEING HELD IN CONTEMPT OF COURT.

**IT IS SO ORDERED.**

Dated: July __, 2020

_____
UNITED STATES DISTRICT JUDGE