ROGERS JOSEPH O'DONNELL
John G. Heller (SBN 129901)
jheller@rjo.com
Lauren Kramer Sujeeth (SBN 259821)
lsujeeth@rjo.com
311 California Street
San Francisco, California 94104
Telephone: 415.956.2828
Facsimile: 415.956.6457

Attorneys for Defendant
ICARZ INC., d/b/a LENDING CLUB
AUTO d/b/a LATINOS AUTO CENTER,
California Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>iCarz Inc., d/b/a LENDING CLUB AUTO d/b/a LATINOS AUTO CENTER, a California Corporation,<br><br>Defendant. | Case No. 2:20-cv-00851-MCE-CKD<br><br>**STIPULATION TO EXTEND TIME FOR BRIEFING ON MOTION TO STRIKE JURY TRIAL DEMAND (ECF 20); PROPOSED ORDER**<br><br>Judge Morrison C. England |

Pursuant to Eastern District Local Rule 144, the parties hereby stipulate to extend by one week Defendant iCarz Inc's time to respond to NextGear's motion to strike iCarz's jury trial demand. The new deadline for iCarz Inc.'s response shall be July 29, 2020.

The parties further stipulate that NextGear shall also have an extension of one week to file its reply in support of its motion to strike iCarz's jury trial demand. The new deadline for NextGear's reply shall be August 6, 2020.

Dated: July 22, 2020          ROGERS JOSEPH O'DONNELL

                              /s/ *John G. Heller*
                        By: _____
                              JOHN G. HELLER
                              Attorneys for Defendant iCarz, Inc.

CASE NO: 2:20-cv-00851-MCE-CKD   STIPULATION TO EXTEND TIME FOR BRIEFING ON MOTION TO STRIKE JURY TRIAL DEMAND; PROPOSED ORDER

514521.3

Dated: July 22, 2020                              GREENBERG TAURIG, LLP

                                                  /s/ *Lupe R. Laguna*
                                              By: _____
                                                  KURT A. KAPPES
                                                  LUPE R. LAGUNA
                                                  Attorneys for Plaintiff NextGear

## ORDER

The Court, having reviewed the Stipulation of the Parties and finding good cause:

1. The deadline for iCarz Inc. to file its response to NextGear's motion to strike iCarz Inc.'s jury trial demand (ECF 20) is continued by one week (7 days);

2. The deadline for NextGear to file its reply in support of its motion to strike iCarz Inc.'s jury trial demand is also continued by one week (7 days).

**IT IS SO ORDERED.**

Dated: July ___, 2020        _____
                             The Honorable Morrison C. England

**ATTESTATION RE SIGNATORIES**

I, John Heller, am the ECF User whose identification and password are being used to file this stipulation.  I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED:  July 22, 2020                        By:      */s/ John Heller*
                                                                John G. Heller

# PROOF OF SERVICE
## [FRCivP 5(b)]

I, Tamora Horen, state:  My business address is 311 California Street, 10th Floor, San Francisco, CA 94104.  I am employed in the City and County of San Francisco.  This service was effected from Pacifica, California.

I hereby certify that on July 22, 2020 I electronically filed the foregoing document with the United States District Court, Eastern District of California by using the CM/ECF system.

**STIPULATION TO EXTEND TIME FOR BRIEFING ON MOTION TO STRIKE JURY TRIAL DEMAND; PROPOSED ORDER**

I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system:

**NAMES AND ADDRESSES OF PARTIES SERVED:**
COUNSEL for NEXTGEAR
Kurt A. Kappes
Lupe R. Laguna
Jonathan K. Ogata
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA 95814-3938
Telephone: (916) 442-1111
Facsimile: (916) 448-1709
kappesk@gtlaw.com
lagunal@gtlaw.com
ogataj@gtlaw.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed this date at Pacifica, California.

Dated:  July 22, 2020                         */s/ Tamora M. Horen*
                                               Tamora Horen