ROGERS JOSEPH O'DONNELL
John G. Heller (SBN. 129901)
jheller@rjo.com
Lauren Kramer Sujeeth (SBN 259821)
lsujeeth@rjo.com
311 California Street
San Francisco, California 94104
Telephone:  415.956.2828
Facsimile:  415.956.6457

Attorneys for Defendant
ICARZ INC., California Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>iCarz Inc., d/b/a LENDING CLUB AUTO d/b/a LATINOS AUTO CENTER, a California Corporation,<br><br>Defendant. | Case No. 2:20-cv-00851-MCE-CKD<br><br>**EX PARTE APPLICATION TO WITHDRAW AS COUNSEL FOR DEFENDANT ICARZ INC.**<br><br>Judge Morrison C. England |

Counsel for Defendant iCarz Inc., Rogers Joseph O'Donnell ("RJO"), submits this Ex Parte Application seeking an order approving its immediate withdrawal as counsel of record for iCarz.  Even though there is a pending motion for withdrawal, there is need to accelerate the withdrawal process because RJO's client, Defendant iCarz Inc., is not complying, or is unable to comply, with the express terms of the representation agreement, making it impossible, even in interim before the court rules on RJO's pending motion, to act on its behalf.

I.   FACTUAL BACKGROUND

On May 8, 2020, Defendant iCarz and Rogers Joseph O'Donnell ("RJO") entered into a representation agreement governing the services RJO would provide in

connection of the defense of this case.  (Heller decl., ¶ 2)  RJO has filed an answer on behalf of iCarz, engaged in unsuccessful settlement negotiations with plaintiff, participated in a Rule 26 conference, and advised iCarz during this initial stage of the litigation.  (Heller decl., ¶ 3)

iCarz is not meeting, or is unable to meet, obligations that are imposed on it under the representation agreement with RJO, and this failure or inability to meet these obligations makes it impossible for RJO to advocate or make representations on its behalf, either to the Court or opposing counsel.  (Heller decl., ¶ 4)  Even though there is a motion to withdraw set to be heard on a standard briefing schedule, RJO's inability to advocate or make representations on iCarz's behalf makes it imperative that the withdrawal be accelerated.  (Heller decl., ¶ 4)

Counsel has notified iCarz via email of the plan to make this ex parte application, and will deliver by email a copy of this application as soon as it is filed.  (Heller decl., ¶ 5)

## II.    ARGUMENT

An attorney moving to withdraw must conform to the California Rules of Professional Conduct, including carefully adhering to his or her obligations to maintain the privilege and preserve client confidences, and avoiding making any statements that could prejudice the interests of his or her client.  RJO must honor those obligations.

But RJO cannot continue to serve as attorney of record where it is unable to advocate for its client in pleadings filed with the court or in communications with opposing counsel.  That is the case here.

The litigation is at its initial stage, and withdrawal therefore does not present any prejudice or inconvenience to the Court or opposing counsel, as might occur if the matter were on the eve of trial.  The withdrawal is not being sought for the purpose of delay.  (Heller decl., ¶ 7)

/ / /

/ / /

/ / /

1  Accordingly, RJO requests that the Court issue an order authorizing its
2  immediate withdrawal.
3
4  Dated: July 21, 2020                ROGERS JOSEPH O'DONNELL
5
                                       /s/ *John G. Heller*
                                   By: _____
6                                      JOHN G. HELLER
                                       Attorneys for Defendant iCarz, Inc.
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# PROOF OF SERVICE
## [FRCivP 5(b)]

I, Tamora Horen, state:  My business address is 311 California Street, 10th Floor, San Francisco, CA 94104.  I am employed in the City and County of San Francisco.  This service was effected from Pacifica, California.

I hereby certify that on July 22, 2020 I electronically filed the foregoing document with the United States District Court, Eastern District of California by using the CM/ECF system.

**EX PARTE APPLICATION TO WITHDRAW AS COUNSEL FOR DEFENDANT**

I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system:

**NAMES AND ADDRESSES OF PARTIES SERVED:**
COUNSEL for NEXTGEAR
Kurt A. Kappes
Lupe R. Laguna
Jonathan K. Ogata
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA 95814-3938
Telephone: (916) 442-1111
Facsimile: (916) 448-1709
kappesk@gtlaw.com
lagunal@gtlaw.com
ogataj@gtlaw.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed this date at Pacifica, California.

Dated:  July 22, 2020                                 */s/ Tamora M. Horen*
                                                                Tamora Horen