ROGERS JOSEPH O'DONNELL
John G. Heller (SBN. 129901)
jheller@rjo.com
Lauren Kramer Sujeeth (SBN 259821)
lsujeeth@rjo.com
311 California Street
San Francisco, California 94104
Telephone: 415.956.2828
Facsimile: 415.956.6457

Attorneys for Defendant
ICARZ INC., a California Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>iCarz Inc., d/b/a LENDING CLUB AUTO d/b/a LATINOS AUTO CENTER, a California Corporation,<br><br>Defendant. | Case No. 2:20-cv-00851-MCE-CKD<br><br>**DECLARATION OF JOHN G. HELLER IN SUPPORT OF EX PARTE APPLICATION TO WITHDRAW AS COUNSEL FOR DEFENDANT**<br><br>Judge Morrison C. England |

I, John G. Heller, declare as follows:

1. I am a shareholder at the firm of Rogers Joseph O'Donnell ("RJO"), counsel of record for Defendant iCarz Inc., a California Corporation. I have personal knowledge of the facts stated in this declaration and, if called as a witness, I could testify competently to them.

2. On May 8, 2020, RJO entered into a representation and fee agreement with iCarz, Inc. pertaining to its defense in this action.

3. RJO has filed an answer on behalf of iCarz, engaged in unsuccessful settlement negotiations with plaintiff, participated in a Rule 26 conference, and advised iCarz during this preliminary stage of the litigation.

4. iCarz is not meeting, or is unable to meet, obligations that are imposed

on it under the representation agreement with RJO, and this failure or inability to meet these obligations makes it impossible for RJO to advocate or make representations on its behalf, either to the Court or opposing counsel. Even though there is a motion to withdraw set to be heard on a standard briefing schedule, RJO's inability to advocate or make representations on iCarz's behalf makes it imperative that the withdrawal be accelerated.

   5. I have notified iCarz via email of the plan to make this ex parte application, and will deliver by email a copy of this application as soon as it is filed.

   6. This withdrawal is not being sought for the purpose of delay.

   7. The last known address for iCarz Inc. is 3215 Fulton Avenue, Sacramento, CA 95821-2329.

   I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

   Signed at Berkeley, California, on the 21st day of July, 2020

*[signature]*
John G. Heller

# PROOF OF SERVICE
### [FRCivP 5(b)]

I, Tamora Horen, state:  My business address is 311 California Street, 10th Floor, San Francisco, CA 94104.  I am employed in the City and County of San Francisco.  This service was effected from Pacifica, California.

I hereby certify that on July 22, 2020 I electronically filed the foregoing document with the United States District Court, Eastern District of California by using the CM/ECF system.

**DECLARATION OF JOHN G. HELLER IN SUPPORT OF EX PARTE APPLICATION TO WITHDRAW AS COUNSEL FOR DEFENDANT**

I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system:

**NAMES AND ADDRESSES OF PARTIES SERVED:**
<u>COUNSEL for NEXTGEAR</u>
Kurt A. Kappes
Lupe R. Laguna
Jonathan K. Ogata
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA 95814-3938
Telephone: (916) 442-1111
Facsimile: (916) 448-1709
kappesk@gtlaw.com
lagunal@gtlaw.com
ogataj@gtlaw.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed this date at Pacifica, California.

Dated:  July 22, 2020                    */s/ Tamora M. Horen*
                                          Tamora Horen