ROGERS JOSEPH O'DONNELL
John G. Heller (SBN. 129901)
jheller@rjo.com
Lauren Kramer Sujeeth (SBN 259821)
lsujeeth@rjo.com
311 California Street
San Francisco, California 94104
Telephone: 415.956.2828
Facsimile: 415.956.6457

Attorneys for Defendant
ICARZ INC., California Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>iCarz Inc., d/b/a LENDING CLUB AUTO d/b/a LATINOS AUTO CENTER, a California Corporation,<br><br>Defendant. | Case No. 2:20-cv-00851-MCE-CKD<br><br>**[PROPOSED] ORDER GRANTING EX PARTE APPLICATION OF ROGERS JOSEPH O'DONNELL TO WITHDRAW AS COUNSEL FOR DEFENDANT**<br><br>Judge Morrison C. England |

Based on the Ex Parte Application to Withdraw as Counsel filed by Rogers Joseph O'Donnell, counsel for Defendant iCarz Inc.,

IT IS ORDERED that Rogers Joseph O'Donnell is authorized to withdraw as counsel for Defendant iCarz Inc. Rogers Joseph O'Donnell shall promptly transmit a copy of this order to iCarz Inc. The withdrawal of Rogers Joseph O'Donnell is effective as of the date of this order.

Dated: _____, 2020      _____

The Honorable Morrison C. England

# PROOF OF SERVICE
## [FRCivP 5(b)]

I, Tamora Horen, state:  My business address is 311 California Street, 10th Floor, San Francisco, CA 94104.  I am employed in the City and County of San Francisco.  This service was effected from Pacifica, California.

I hereby certify that on July 22, 2020 I electronically filed the foregoing document with the United States District Court, Eastern District of California by using the CM/ECF system.

**[PROPOSED] ORDER GRANTING EX PARTE APPLICATION OF ROGERS JOSEPH O'DONNELL TO WITHDRAW AS COUNSEL FOR DEFENDANT**

I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system:

**NAMES AND ADDRESSES OF PARTIES SERVED:**
COUNSEL for NEXTGEAR
Kurt A. Kappes
Lupe R. Laguna
Jonathan K. Ogata
GREENBERG TAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA 95814-3938
Telephone: (916) 442-1111
Facsimile: (916) 448-1709
kappesk@gtlaw.com
lagunal@gtlaw.com
ogataj@gtlaw.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed this date at Pacifica, California.

Dated:  July 22, 2020                    */s/ Tamora M. Horen*
                                              Tamora Horen