ROGERS JOSEPH O'DONNELL
John G. Heller (SBN 129901)
jheller@rjo.com
Lauren Kramer Sujeeth (SBN 259821)
lsujeeth@rjo.com
311 California Street
San Francisco, California 94104
Telephone:  415.956.2828
Facsimile:  415.956.6457

Attorneys for Defendant
ICARZ INC., d/b/a LENDING CLUB
AUTO d/b/a LATINOS AUTO CENTER,
California Corporation

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>iCarz Inc., d/b/a LENDING CLUB AUTO d/b/a LATINOS AUTO CENTER, a California Corporation,<br><br>Defendant. | Case No. 2:20-cv-00851-MCE-CKD<br><br>**STIPULATION TO EXTEND TIME FOR BRIEFING ON MOTION TO STRIKE JURY TRIAL DEMAND (ECF 20); ORDER**<br><br>Judge Morrison C. England |

Pursuant to Eastern District Local Rule 144, the parties hereby stipulate to extend by one week Defendant iCarz Inc's time to respond to NextGear's motion to strike iCarz's jury trial demand.  The new deadline for iCarz Inc.'s response shall be July 29, 2020.

The parties further stipulate that NextGear shall also have an extension of one week to file its reply in support of its motion to strike iCarz's jury trial demand.  The new deadline for NextGear's reply shall be August 6, 2020.

Dated: July 27, 2020                                ROGERS JOSEPH O'DONNELL

                                                              /s/ *John G. Heller*
                                                    By: _____
                                                         JOHN G. HELLER
                                                         Attorneys for Defendant iCarz, Inc.

Dated: July 27, 2020                                GREENBERG TAURIG, LLP

By: /s/ *Lupe R. Laguna*
_____
KURT A. KAPPES
LUPE R. LAGUNA
Attorneys for Plaintiff NextGear

ORDER

Having reviewed the Stipulation of the Parties and finding good cause, IT IS HEREBY ORDERED that:

1. The deadline for iCarz Inc. to file its response to NextGear's motion to strike iCarz Inc.'s jury trial demand (ECF 20) is continued by one week (7 days) to **July 29, 2020**; and

2. The deadline for NextGear to file its reply in support of its motion to strike iCarz Inc.'s jury trial demand is also continued by one week (7 days) to **August 6, 2020**.

**IT IS SO ORDERED.**

Dated: July 27, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE