ROGERS JOSEPH O'DONNELL
John G. Heller (SBN 129901)
jheller@rjo.com
Lauren Kramer Sujeeth (SBN 259821)
lsujeeth@rjo.com
311 California Street
San Francisco, California 94104
Telephone: 415.956.2828
Facsimile: 415.956.6457

Attorneys for Defendant
ICARZ INC., d/b/a LENDING CLUB
AUTO d/b/a LATINOS AUTO CENTER,
California Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>iCarz Inc., d/b/a LENDING CLUB AUTO d/b/a LATINOS AUTO CENTER, a California Corporation,<br><br>Defendant. | Case No. 2:20-cv-00851-MCE-CKD<br><br>**STIPULATION TO EXTEND TIME FOR BRIEFING ON APPLICATION FOR WRIT OF POSSESSION (ECF 24); PROPOSED ORDER**<br><br>Judge Morrison C. England |

Pursuant to Eastern District Local Rule 144, the parties hereby stipulate to extend Defendant iCarz Inc.'s time to respond to NextGear's application for a writ of possession. The new deadline for iCarz Inc.'s response shall be August 10, 2020.

The parties further stipulate that NextGear shall also have an extension to file its reply in support of its application for writ of possession. The new deadline for NextGear's reply shall be August 17, 2020.

Dated: August 5, 2020              ROGERS JOSEPH O'DONNELL

                                   By: /s/ *John G. Heller*
                                       _____
                                       JOHN G. HELLER
                                       Attorneys for Defendant iCarz, Inc.

CASE NO: 2:20-cv-00851-MCE-CKD  STIPULATION TO EXTEND TIME FOR BRIEFING ON APPLICATION FOR WRIT OF POSSESSION; PROPOSED ORDER

515107.2

Dated: August 5, 2020                       GREENBERG TRAURIG, LLP

                                            /s/ *Lupe R. Laguna*
                                        By: _____
                                            KURT A. KAPPES
                                            LUPE R. LAGUNA
                                            Attorneys for Plaintiff NextGear

<u>ORDER</u>

The Court, having reviewed the Stipulation of the Parties and finding good cause:

1. The deadline for iCarz Inc. to file its response to NextGear's application for writ of possession (ECF 24) is continued to August 10, 2020;

2. The deadline for NextGear to file its reply in support of its application for writ of possession is also continued to August 17, 2020.

**IT IS SO ORDERED.**


Dated: August ___, 2020        _____
                                The Honorable Morrison C. England

## ATTESTATION RE SIGNATORIES

I, John Heller, am the ECF User whose identification and password are being used to file this stipulation. I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: August 5, 2020         By: */s/ John Heller*
                                  John G. Heller

# PROOF OF SERVICE
**[FRCivP 5(b)]**

I, Tamora Horen, state:  My business address is 311 California Street, 10th Floor, San Francisco, CA 94104.  I am employed in the City and County of San Francisco.  This service was effected from Pacifica, California.

I hereby certify that on August 5, 2020 I electronically filed the foregoing document with the United States District Court, Eastern District of California by using the CM/ECF system.

**STIPULATION TO EXTEND TIME FOR BRIEFING ON APPLICATION FOR WRIT OF POSSESSION; PROPOSED ORDER**

I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system:

**NAMES AND ADDRESSES OF PARTIES SERVED:**
<u>COUNSEL for NEXTGEAR</u>
Kurt A. Kappes
Lupe R. Laguna
Jonathan K. Ogata
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA 95814-3938
Telephone: (916) 442-1111
Facsimile: (916) 448-1709
kappesk@gtlaw.com
lagunal@gtlaw.com
ogataj@gtlaw.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed this date at Pacifica, California.

Dated:  August 5, 2020                          */s/ Tamora M. Horen*
                                                                Tamora Horen