ROGERS JOSEPH O'DONNELL
John G. Heller (SBN 129901)
jheller@rjo.com
Lauren Kramer Sujeeth (SBN 259821)
lsujeeth@rjo.com
311 California Street
San Francisco, California 94104
Telephone: 415.956.2828
Facsimile: 415.956.6457

Attorneys for Defendant
ICARZ INC., d/b/a LENDING CLUB AUTO d/b/a LATINOS AUTO CENTER, California Corporation

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>iCarz Inc., d/b/a LENDING CLUB AUTO d/b/a LATINOS AUTO CENTER, a California Corporation,<br><br>Defendant. | Case No. 2:20-cv-00851-MCE-CKD<br><br>**STIPULATION TO EXTEND TIME FOR BRIEFING ON APPLICATION FOR WRIT OF POSSESSION (ECF 24); ORDER**<br><br>Judge Morrison C. England |

Pursuant to Eastern District Local Rule 144, the parties hereby stipulate to extend Defendant iCarz Inc.'s time to respond to NextGear's application for a writ of possession. The new deadline for iCarz Inc.'s response shall be August 10, 2020.

The parties further stipulate that NextGear shall also have an extension to file its reply in support of its application for writ of possession. The new deadline for NextGear's reply shall be August 17, 2020.

Dated: August 6, 2020                    ROGERS JOSEPH O'DONNELL

                                         /s/ *John G. Heller*
                                    By: _____
                                         JOHN G. HELLER
                                         Attorneys for Defendant iCarz, Inc.

Dated: August 6, 2020                    GREENBERG TAURIG, LLP

By: ____/s/ *Lupe R. Laguna*____
KURT A. KAPPES
LUPE R. LAGUNA
Attorneys for Plaintiff NextGear

ORDER

The Court, having reviewed the Stipulation of the Parties and finding good cause:

1. The deadline for iCarz Inc. to file its response to NextGear's application for writ of possession (ECF 24) is continued to August 10, 2020;

2. The deadline for NextGear to file its reply in support of its application for writ of possession is also continued to August 17, 2020.

IT IS SO ORDERED.

Dated: August 6, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE