UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., | No. 2:20-cv-00851-MCE-CKD |
| Plaintiff, | |
| v. | **ORDER** |
| ICARZ, INC., dba Lending Club Auto, dba Latinos Auto Center, | |
| Defendant. | |

Presently before the Court is an Ex Parte Application to Withdraw as Counsel (ECF No. 27) filed by the law firm of Rogers Joseph O'Donnell ("Counsel"), counsel for Defendant ICarz, Inc., by which Counsel seeks to withdraw leaving Plaintiff in propria persona. This Motion is governed by the requirements of Eastern District of California Local Rule 182(d), which provides, among other things, that an attorney may not withdraw, leaving the client in propria persona, absent a noticed motion, appropriate affidavits, notice to the client and all other parties who have appeared, and compliance with the Rules of Professional Conduct of the State Bar of California.

///
///
///
///

The request appears for the most part to be in good order, but the Local Rules require that counsel proceed by noticed motion, not by ex parte application. Accordingly, the request is DENIED without prejudice to renewal in compliance with Rule 182(d).

IT IS SO ORDERED.

Dated: August 12, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE