UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., | No. 2:20-cv-00851-MCE-CKD |
| Plaintiff, | |
| v. | **ORDER** |
| ICARZ, INC., dba Lending Club Auto, dba Latinos Auto Center, | |
| Defendant. | |

Presently before the Court is a Motion to Withdraw as Counsel (ECF No. 22) filed by the law firm of Rogers Joseph O'Donnell ("Counsel"), counsel for Defendant ICarz, Inc., by which Counsel seeks to withdraw leaving Plaintiff in propria persona. This Motion is governed by the requirements of Eastern District of California Local Rule 182(d), which provides, among other things, that an attorney may not withdraw, leaving the client in propria persona, absent a noticed motion, appropriate affidavits, notice to the client and all other parties who have appeared, and compliance with the Rules of Professional Conduct of the State Bar of California.

The Court previously denied Counsel's ex parte request to withdraw because Local Rule 182(d) requires that Counsel proceed via a noticed motion. See ECF Nos. 27, 35. However, Counsel had previously noticed a motion at ECF No. 22. Accordingly, the Court finds it appropriate to address the merits of Counsel's request.

California Rule of Professional Conduct 1.16(b)(10) permits a member of the State Bar to seek to withdraw from representation when "[t]he member believes in good faith . . . that the tribunal will find the existence of . . . good cause for withdrawal." However, "[a] member shall not withdraw from employment until the member has taken reasonable steps to avoid reasonably foreseeable prejudice to the rights of the client, such as giving the client sufficient notice to permit the client to retain other counsel, and complying with [other provisions of the applicable rules]."  Cal. Rules of Prof'l Conduct R. 1.16.  Whether to grant leave to withdraw is subject to the sound discretion of the Court and "may be granted subject to such appropriate conditions as the Court deems fit." E.D. Cal. Local R. 182(d); Canandaigua Wine Co., Inc. v. Edwin Moldauer, No. 1:02-cv-06599 OWW DLB, 2009 WL 89141, at *1 (E.D. Cal. Jan. 14, 2009).

Because Counsel's request is procedurally correct, substantively supported and unopposed, the Motion to Withdraw (ECF No. 22) is GRANTED.  The law firm of is Rogers Joseph O'Donnell relieved as counsel of record for Defendant **effective upon the filing of proof of service of this signed Order on Defendant at its last known address**:

>     3215 Fulton Ave.
>     Sacramento, CA 95821-2329

Because Defendant is an entity that is not permitted to proceed in pro per, it shall, not later than thirty (30) days from the date that proof of service is electronically filed, locate new counsel and have that counsel file a notice of appearance on the docket.  If Defendant fails to timely comply with the terms of this Order, its Answer shall be STRICKEN upon no further notice to the parties.

IT IS SO ORDERED.

Dated:  August 17, 2020

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE