ROGERS JOSEPH O'DONNELL
John G. Heller (SBN. 129901)
jheller@rjo.com
Lauren Kramer Sujeeth (SBN 259821)
lsujeeth@rjo.com
311 California Street
San Francisco, California 94104
Telephone:  415.956.2828
Facsimile:  415.956.6457

Attorneys for Defendant
ICARZ INC., d/b/a LENDING CLUB AUTO d/b/a LATINOS AUTO CENTER, California Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., a Delaware Corporation,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>iCarz Inc., d/b/a LENDING CLUB AUTO d/b/a LATINOS AUTO CENTER, a California Corporation,<br><br>　　　　　　Defendant. | Case No. 2:20-cv-00851-MCE-CKD<br><br>**PROOF OF SERVICE OF ORDER GRANTING ROGERS JOSEPH O'DONNELL'S MOTION TO WITHDRAW AS COUNSEL**<br><br>Judge Morrison C. England |

**PROOF OF SERVICE**
**[FRCivP 5(b)]**

    I, Tamora Horen, state: My business address is 311 California Street, 10th Floor, San Francisco, CA 94104. I am employed in the City and County of San Francisco. This service was effected from Pacifica, California.

    I hereby certify that on August 17, 2020 I served a copy of the ORDER Granting Rogers Joseph O'Donnell's motion to withdraw as counsel on the following party:

Ari Gorgani, President
iCarz Inc.
3215 Fulton Avenue
Sacramento, CA 95821-2329
arigorgani@gmail.com

Such service was made by:

X    BY FIRST CLASS MAIL: I am readily familiar with my firm's practice for collection and processing of correspondence for mailing with the United States Postal Service, to-wit, that correspondence will be deposited with the United States Postal Service this same day in the ordinary course of business. I sent the above document to office services to be sealed in an envelope and placed it for collection and mailing on August 17, 2020, following ordinary business practices for delivery within three (3) business days.

X    BY ELECTRONIC SERVICE: On August 17, 2020, I caused the documents to be sent to the person(s) at the electronic notification address(es) listed above. Within a reasonable time, the transmission was reported as complete and without error.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed this date at Pacifica, California.

Dated: August 17, 2020            */s/ Tamora M. Horen*
                                            Tamora Horen