KURT A. KAPPES – SBN 146384
LUPE R. LAGUNA – SBN 307156
JONATHAN K. OGATA – SBN 325914
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA  95814-3938
Telephone: (916) 442-1111
Facsimile: (916) 448-1709
kappesk@gtlaw.com
lagunal@gtlaw.com
ogataj@gtlaw.com

Attorneys for Plaintiff
NEXTGEAR CAPITAL, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., a Delaware Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>iCarz Inc., d/b/a LENDING CLUB AUTO d/b/a LATINOS AUTO CENTER, California Corporation,<br><br>    Defendant. | CASE NO. 2:20-cv-00851-MCE-CKD<br><br>**[PROPOSED] ISSUANCE OF WRIT OF POSSESSION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 64 & CALIFORNIA CODE OF CIVIL PROCEDURE § 512.010** |

The Court, having considered Plaintiff's Application for a Writ of Possession Pursuant to Federal Rule of Civil Procedure 64 & California Code of Civil Procedure § 512.010, and the exhibits submitted, hereby GRANTS Plaintiff's Application for a Writ of Possession.

**THE COURT HEREBY FINDS THAT**:

1.      Defendant has been properly served as required by the Code of Civil Procedure section 512.030. Plaintiff has established the probable validity of its claim to possession to all motor vehicle inventory in the possession or control of Defendant, as set forth in the Application and the supporting declaration. Based on the declaration of Ari Gorgani, which was submitted by Defendant, there is probable

1

**[PROPOSED] ISSUANCE OF WRIT OF POSSESSION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 64 & CALIFORNIA CODE OF CIVIL PROCEDURE § 512.010**

cause to believe Defendant's motor vehicle inventory, or at least some part of it, is located at Defendant's business address, 3215 Fulton Ave, Sacramento, California.  Based on the declaration of Eric Brown, which was submitted by Plaintiff, there is probable cause to believe additional unsold motor vehicle inventory under the possession or control of Defendant is located at the following addresses:  2171 Fulton Ave., Sacramento, California 95825; and 2163 Fulton Ave., Sacramento, California 95825.

**IT IS THEREFORE ORDERED** that the Clerk of this Court is directed to issue the following writ of possession, as provided by California Code of Civil Procedure section 512.020, immediately:

1. The United States Marshal service for the Eastern District of California is hereby directed to seize any vehicle inventory ("the Collateral") remaining in Defendant's possession or control, wherever it may be found, and deliver it to Plaintiff.

2. It is further ordered that, if necessary, the United States Marshal service may enter the following private places and take possession of any Collateral remaining in Defendant's possession or control:  3215 Fulton Ave., Sacramento, California; 2171 Fulton Ave., Sacramento, California 95825; and 2163 Fulton Ave., Sacramento, California 95825.  The Plaintiff, NextGear Capital, Inc., or their designated agents, attorneys, shall accompany the United States Marshal during the service and execution of this Writ to ensure no non-collateral vehicles are inadvertently seized.

3. The levying officer is authorized to remain on Defendant's business premises at all times until all the Collateral is removed from the dealership.

4. The levying officer may seize the Collateral and retain custody of it in the manner provided by California Code of Civil Procedure sections 514.010–514.050.

5. Upon delivery of the Collateral to Plaintiff, the United States Marshal Service shall be held harmless as to the transport, storage, and maintenance of the Collateral.

6. NextGear Capital, Inc. is to store the Collateral in a commercially reasonable manner. Consistent with California Code of Civil Procedure section 514.030, within ten days after levy of the writ of possession, NextGear Capital, Inc. shall be permitted to dispose of the Collateral in the manner provided under the California Uniform Commercial Code, assuming, *e.g.*, the levying officer does not receive notice of the filing of an undertaking for redelivery.

7. Due to the nature of the issues presented by this action, and Defendant's executed waiver

of any applicable bond or undertaking requirement, pursuant to California Code of Civil Procedure section 515.010(b), the court dispenses with the undertaking requirement.

8.   THIS WRIT OF POSSESSION SHALL ISSUE FORTHWITH.  FAILURE TO COMPLY WITH THIS ORDER MAY SUBJECT DEFENDANT OR ITS DESIGNATED REPRESENTATIVE BEING HELD IN CONTEMPT OF COURT.

**IT IS SO ORDERED.**

Dated: August __, 2020                                        _____