CD-130

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| KURT A. KAPPES (SBN 146384 ) LUPE R. LAGUNA (SBN 307156)<br>GREENBERG TRAURIG, LLP<br>1201 K Street, Suite 1100<br>Sacramento, CA  95814-3938 | |

TELEPHONE NO.: **(916) 442-1111**    FAX NO. *(Optional)* **(916) 448-1709**
E-MAIL ADDRESS *(Optional)*: kappesk@gtlaw.com/lagunal@gtlaw.com
ATTORNEY FOR *(Name)*: NEXTGEAR CAPITAL, INC.

**UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO**

STREET ADDRESS:  501 "I" Street
MAILING ADDRESS:  501 "I" Street
CITY AND ZIP CODE:  Sacramento 95814
BRANCH NAME:  Robert T. Matsui United States Courthouse

PLAINTIFF:  NEXTGEAR CAPITAL, INC.

DEFENDANT:  iCarz Inc., d/b/a LENDING CLUB AUTO d/b/a LATINOS AUTO CENTER

| **WRIT OF POSSESSION**     ☒  **AFTER HEARING**   ☐  **EX PARTE** | CASE NUMBER:<br>2:20-cv-00851-MCE-CKD |
|---|---|

TO THE SHERIFF OR ANY MARSHAL OF THE COUNTY OF SACRAMENTO

YOU ARE DIRECTED:

1. To levy upon and retain in your custody, until released or sold (Code Civ. Proc., § 514.030), the following property or any part of it *(specify):*

   Any vehicle inventory ("the Collateral") remaining in Defendant's possession or control, wherever it may be found, and deliver it to Plaintiff.

2. To enter the following private place or places to take possession of the above-described property or some part of it *(specify exact locations):*
   3215 Fulton Ave., Sacramento, California 95825

3. To return this writ and the certificate of your proceedings within 30 days after levy and service, but in no event later than 60 days after issuance of this writ.

Dated: _____    Clerk, by _____, Deputy

| (SEAL) | **NOTICE TO DEFENDANT:** The plaintiff has filed with the court a written undertaking, a copy of which is attached. You have the right to object to the plaintiff's undertaking on a ground specified in Code of Civil Procedure section 995.920 and in the manner provided in Code of Civil Procedure section 515.030 or to obtain redelivery of the property by filing a written undertaking of your own, in an amount equal to the plaintiff's undertaking or as determined by the court under Code of Civil Procedure sections 515.010 and 515.020. You also have other rights under Code of Civil Procedure sections 512.020-512.120.<br><br>If your property has been taken under an ex parte writ of possession, you may apply under Code of Civil Procedure section 512.020(b) for an order that the writ be quashed, any property levied on be released, and for other relief as provided in that section, including an award of damages for any loss sustained by you as a proximate result of the levy. |
|---|---|

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
*CD-130 [Rev. January 1,2006]*

**WRIT OF POSSESSION**
**(Claim and Delivery)**

Code Civ. Proc., §§ 512.020-512.120
*www.courtinfo.ca.gov*

American LegalNet, Inc.
www.USCourtForms.com