UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., | No. 2:20-CV-00851-MCE-CKD |
| Plaintiff, | |
| v. | **ORDER** |
| ICARZ, INC., | |
| Defendant. | |

On August 17, 2020, this Court issued an order Granting a Motion to Withdraw filed by Defendant's counsel.  ECF No. 38.  In that Order, the Court advised:

> Because Defendant is an entity that is not permitted to proceed in pro per, it shall, not later than thirty (30) days from the date that proof of service is electronically filed, locate new counsel and have that counsel file a notice of appearance on the docket. If Defendant fails to timely comply with the terms of this Order, its Answer shall be STRICKEN upon no further notice to the parties.

No notice of appearance has been filed.  Accordingly, Defendant's Answer (ECF No. 19) is hereby STRICKEN.

IT IS SO ORDERED.

DATED:  October 6, 2020

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE