# EXHIBIT C

<u>**AMENDMENT**</u>
<u>**TO**</u>
<u>**DEMAND PROMISSORY NOTE**</u>
<u>**AND LOAN AND SECURITY AGREEMENT**</u>

THIS AMENDMENT TO DEMAND PROMISSORY NOTE AND LOAN AND SECURITY AGREEMENT (this "<u>Amendment</u>") is being entered into by the undersigned borrower ("<u>Borrower</u>") and NextGear Capital, Inc. ("<u>Lender</u>"), in order to reflect an agreed-upon increase to Borrower's Credit Line under that certain Demand Promissory Note and Loan and Security Agreement by and between Borrower and Lender (the "<u>Note</u>"). Capitalized terms used herein but not defined herein shall have the respective meanings as set forth in the Note (such meanings to be equally applicable to both the singular and plural forms of the terms defined).

NOW, THEREFORE, in consideration of any present or future Advances and other financial accommodations provided to Borrower from or on behalf of Lender, and the mutual covenants, agreements, and conditions contained herein, the Parties agree as follows:

Borrower's Credit Line under the Note shall be increased to Two Million Dollars and Zero Cents ($2,000,000.00).

The undersigned Borrower and Guarantor(s) hereby expressly acknowledge(s) that this Amendment shall be binding on Borrower and Guarantor(s) whether executed in original, "wet ink" form; submitted by facsimile; or submitted by electronically transmitted signature ("e-signature"). The undersigned Borrower and Guarantor(s) further acknowledge(s) that the acceptance of the terms of this Amendment, if by e-signature, shall be deemed to satisfy all requirements imposed on electronic or digital signatures under the Electronic Signatures in Global and National Commerce Act (the "E-Sign Act"), 15 U.S.C. §7001(a) et seq., and any other similar laws relating to the validity or enforceability of electronic or digital signatures. Each of the parties acknowledges and agrees that this Amendment may be executed by affixing to this Amendment an electronic or digital signature, which shall for all purposes be deemed effective to constitute the valid signature of the party affixing such electronic or digital signature.

WHEREFORE, the Parties, by their respective duly authorized representatives, have executed this Amendment to Demand Promissory Note and Loan and Security Agreement on the dates set forth below.

**LENDER:**

NEXTGEAR CAPITAL, INC.

By: _[signature]_
Name: Brian Geitner
Title: President

Date: 4-20-16

**BORROWER:**

iCarz Inc. DBA Lending Club Auto
DBA Icarz DBA Latinos Auto Center

By: _[signature]_
Name: Ari Gorgan
Title: CEO

Date: 4/20/16

By: _____
Name: _____
Title: _____

Date: _____

Page 1                               NextGear Amendment to Demand Promissory Note and Loan and Security Agreement (v. 1.1)

By: _____
Name: _____
Title: _____

Date: _____


By: _____
Name: _____
Title: _____

Date: _____


By: _____
Name: _____
Title: _____

Date: _____


By: _____
Name: _____
Title: _____

Date: _____


**GUARANTORS ACKNOWLEDGE AND CONSENT TO THE FOREGOING:**

| | |
|---|---|
| Guarantor (Sign): *[signature]* | Guarantor (Sign): _____ |
| Name (Print): Ari Gorgan | Name (Print): _____ |
| Date: 4/20/16 | Date: _____ |
| | |
| Guarantor (Sign): _____ | Guarantor (Sign): _____ |
| Name (Print): _____ | Name (Print): _____ |
| Date: _____ | Date: _____ |
| | |
| Guarantor (Sign): _____ | Guarantor (Sign): _____ |
| Name (Print): _____ | Name (Print): _____ |
| Date: _____ | Date: _____ |