# EXHIBIT E



**Receivable Detail**

**Requested by :** MAN\SUSAN.SMITH  **Requested on :** 2020-04-20 09:08:38 AM

**Regions** : None Selected  **Markets** : None Selected
**Delinquency Flag :** All  **Dealer Type :** None Selected
**Business :** 54406  **Dealer Finance Program :** None Selected
**Exclude Default Dealers :** No  **Exclude Account Level Charges:** No
**Include Comments :** No  **Summary Type :** None

## Customer Profile

| | |
|---|---|
| Name: | Icarz dba Lending Club Auto dba Latinos Auto Center |
| Dealer #: | 54406 |
| Address Line 1: | 3215 Fulton Ave |
| Address Line 2: | |
| City, State, ZIP: | Sacramento, CA 958212329 |
| Phone: | (916) 979-1200 |
| Fax: | (916) 483-7500 |

## Market Info & Account Profile

| | |
|---|---|
| Market: | Major Dealer Cali North |
| Market Phone: | (317) 941-8196 |
| Finance Program: | Diamond |
| Dealer Status: | DL |
| Lot Audit: | Complete |
| Unapplied Funds: | $.00 |
| Reserved Funds: | $.00 |

**No Account Charges!**

| LOC Type | Approved Credit | Temp. Credit | Temp. Expiration | Total Credit | Outstanding Principal | Pending | Credit Available | Term Plan |
|---|---|---|---|---|---|---|---|---|
| Retail | $1,500,000.00 | $.00 | | $1,500,000.00 | $1,416,003.20 | $0.00 | $.00 | D60/60/30 -- F60/60/60 -- R0.5 -- C%5/5 |

**Total Lines of Credit for Icarz dba Lending Club Auto dba Latinos Auto Center (54406)**

| | | | | | | |
|---|---|---|---|---|---|---|
| $1,500,000.00 | $.00 | | $1,500,000.00 | $1,416,003.20 | $.00 | $.00 |

### Retail Inventory for Icarz dba Lending Club Auto dba Latinos Auto Center (54406)

| Floor Date | Days | Last Paid | VS | Vehicle Description | Color | VIN | Stk # | TS | Due | Disb | Source | Original Amount | Principal Balance | One Day Balance | Fee | Interest | Collateral Protection | Other | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/14/19 | 342 | 03/13/20 | STK | 2013 MERC SLKC | Bla | WDDPK4HAXDF068036 | 3268 | FR | 05/12/20 | S | ADESA Brashers | $17,105.00 | $13,235 52 | $.00 | $40 00 | $93 24 | $.00 | $.00 | $13,368.76 |
| 05/15/19 | 340 | 03/13/20 | REP | 2013 Ford F150 | Whi | 1FTFW1CT5DKE71107 | 3266 | ST | 05/12/20 | B | ADESA Sacramento | $14,535.00 | $11,246 91 | $.00 | $40 00 | $79 34 | $.00 | $50.00 | $11,416 25 |

### Retail Inventory for Icarz dba Lending Club Auto dba Latinos Auto Center (54406)

| Floor Date | Days | Last Paid | VS | Vehicle Description | Color | VIN | Stk # | TS | Due | Disb | Source | Original Amount | Principal Balance | One Day Balance | Fee | Interest | Collateral Protection | Other | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/22/19 | 333 | 01/21/20 | STK | 2010 Chev Silv | Blu | 3GCRKTE39AG221650 | 3277 | FR | 05/22/20 | S | The Dealers' Forum d/b/a Carwave | $16,255.00 | $13,239 80 | $.00 | $80 00 | $229.76 | $.00 | $95.00 | $13,644 56 |
| 06/17/19 | 308 | 02/14/20 | REP | 2010 Pors Caye | Sil | WP1AB2AP7ALA50446 | 3317 | ST | 04/14/20 | S | CARMAX - ROSEV LLE (US) | $13,540.00 | $11,028.42 | $.00 | $40 00 | $138 65 | $.00 | $50.00 | $11,257 07 |
| 07/15/19 | 280 | 03/13/20 | RHD | 2009 Merc S Cl | Whi | WDDNG77X69A271381 | 3347 | ST | 05/12/20 | S | The Dealers' Forum d/b/a Carwave | $23,390.00 | $19,051 31 | $.00 | $40 00 | $134.13 | $.00 | $50.00 | $19,275.44 |
| 07/18/19 | 277 | 03/16/20 | REP | 2010 JEEP WRAN | Sil | 1J4BA5H12AL130002 | 3355 | FR | 05/15/20 | S | ADESA Sacramento | $14,700.00 | $11,973 24 | $.00 | $40 00 | $77 38 | $.00 | $50.00 | $12,140 62 |
| 07/25/19 | 270 | 01/21/20 | REP | 2013 MERC M-CL | Bla | 4JGDA5HB0DA183669 | 3369 | ST | 05/22/20 | S | ADESA Sacramento | $12,200.00 | $10,459 98 | $.00 | $80 00 | $181.76 | $.00 | $125.00 | $10,846.74 |
| 09/12/19 | 221 | 03/13/20 | SOT | 2011 CHEV CAMA | Bla | 2G1FC1ED6B9163644 | 3436 | GD | 05/12/20 | S | ADESA Sacramento | $10,885.00 | $9,332 52 | $.00 | $40 00 | $65 88 | $.00 | $50.00 | $9,488.40 |
| 09/13/19 | 219 | 03/13/20 | STK | 2014 Ford F150 | Red | 1FTFW1ET3EKE85246 | 3440 | FR | 05/12/20 | S | ACV Auctions, Inc | $14,250.00 | $12,217 60 | $.00 | $40 00 | $86 08 | $.00 | $.00 | $12,343 68 |
| 09/18/19 | 214 | 03/17/20 | STK | 2014 Dodg Char | Bla | 2C3CDXBG7EH170643 | 3444 | FR | 05/18/20 | B | CARMAX - SACRAMENTO SOUTH (US) | $10,000.00 | $8,573.75 | $.00 | $40 00 | $53.74 | $.00 | $.00 | $8,667.49 |
| 09/24/19 | 209 | 01/24/20 | SOT | 2009 Jeep Wran | Sil | 1J4GA39119L786311 | 3449 | GD | 05/26/20 | S | CARMAX - PLEASANTON (US) | $15,150.00 | $13,672 88 | $.00 | $80 00 | $228.74 | $.00 | $50.00 | $14,031 62 |
| 09/24/19 | 209 | 01/24/20 | SOT | 2012 VOLK TIGU | Sil | WVGBV7AX2CW529672 | 3447 | GD | 05/26/20 | S | CARMAX - PLEASANTON (US) | $7,380.00 | $6,660.45 | $.00 | $80 00 | $111 86 | $.00 | $50.00 | $6,902 31 |
| 09/26/19 | 207 | 01/24/20 | STK | 2013 Jeep Gran | Sil | 1C4RJEAG7DC561555 | 3464 | FR | 05/26/20 | S | ADESA Sacramento | $13,815.00 | $12,468 04 | $.00 | $80 00 | $208 61 | $.00 | $.00 | $12,756 65 |
| 10/08/19 | 195 | 02/07/20 | STK | 2014 VOLK TIGU | Blu | WVGAV3AX2EW508957 | 3470 | FR | 06/08/20 | S | CARMAX - PLEASANTON (US) | $6,965.00 | $6,285 91 | $.00 | $80 00 | $88 01 | $.00 | $.00 | $6,453 92 |
| 10/08/19 | 195 | 02/07/20 | REP | 2014 BMW 320 | Red | WBA3B1C58EP680312 | 3467 | ST | 06/08/20 | S | CARMAX - PLEASANTON (US) | $9,290.00 | $8,384 23 | $.00 | $80 00 | $117 24 | $.00 | $50.00 | $8,631.47 |
| 10/08/19 | 194 | 02/07/20 | SOT | 2011 Chev Subu | Bla | 1GNSCJE06BR387965 | 3480 | GD | 06/08/20 | S | The Dealers' Forum d/b/a Carwave | $12,740.00 | $11,497 85 | $.00 | $80 00 | $160 50 | $.00 | $50.00 | $11,788 35 |
| 10/14/19 | 189 | 02/11/20 | REP | 2010 GMC YUKO | Gra | 1GKUCAE03AR275712 | 3486 | FR | 04/13/20 | S | CARMAX - ROSEV LLE (US) | $6,765.00 | $6,105.41 | $.00 | $40 00 | $80 57 | $.00 | $.00 | $6,225 98 |
| 10/14/19 | 189 | 02/11/20 | STK | 2009 MERC CLK3 | Whi | WDBTJ56H09F266843 | 3489 | FR | 04/13/20 | S | CARMAX - ROSEV LLE (US) | $5,225.00 | $4,715 56 | $.00 | $40 00 | $62 35 | $.00 | $.00 | $4,817 91 |
| 10/14/19 | 188 | 02/11/20 | REP | 2012 Volk GTI | Gra | WVWHD7AJ7CW145321 | 3490 | ST | 04/13/20 | B | CarMax (Pay Buyer Account) | $7,775.00 | $7,016 94 | $.00 | $40 00 | $93.17 | $.00 | $100.00 | $7,250.11 |

### Retail Inventory for Icarz dba Lending Club Auto dba Latinos Auto Center (54406)

| Floor Date | Days | Last Paid | VS | Vehicle Description | Color | VIN | Stk # | TS | Due | Disb | Source | Original Amount | Principal Balance | One Day Balance | Fee | Interest | Collateral Protection | Other | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/14/19 | 188 | 02/11/20 | RHD | 2017 Lexu GX 4 | Whi | JTJBM7FX7H5152265 | 3496 | ST | 04/13/20 | B | Manheim San Francisco Bay (BCAA) | $35,625.00 | $32,151 56 | $.00 | $40 00 | $422 08 | $.00 | $50.00 | $32,663 64 |
| 10/15/19 | 188 | 02/14/20 | REP | 2015 FORD EXPL | Sil | 1FM5K7D8XFGB50749 | 3503 | FR | 04/14/20 | S | CARMAX - PLEASANTON (US) | $16,360.00 | $14,764 90 | $.00 | $40 00 | $185 37 | $.00 | $.00 | $14,990 27 |
| 10/15/19 | 188 | 02/14/20 | STK | 2013 MERC C250 | Red | WDDGF4HB1DR263826 | 3500 | FR | 04/14/20 | S | CARMAX - PLEASANTON (US) | $7,680.00 | $6,931 20 | $.00 | $40 00 | $87 28 | $.00 | $.00 | $7,058.48 |
| 10/15/19 | 187 | 02/14/20 | REP | 2013 Buic Encl | Whi | 5GAKVDKD6DJ233528 | 3499 | FR | 04/14/20 | B | ACV Auctions, Inc | $15,600.00 | $14,079 00 | $.00 | $40 00 | $176.78 | $.00 | $.00 | $14,295.78 |
| 10/16/19 | 186 | 02/14/20 | STK | 2015 Chev Silv | Whi | 1GCNCPEC6FZ367210 | 3504 | FR | 04/14/20 | B | ABS Auto Auctions | $15,200.00 | $13,718 00 | $.00 | $40 00 | $172 25 | $.00 | $.00 | $13,930 25 |
| 10/16/19 | 186 | 02/14/20 | STK | 2016 Dodg Char | Gra | 2C3CDXCT4GH123178 | 3505 | FR | 04/14/20 | B | ABS Auto Auctions | $19,775.00 | $17,846 94 | $.00 | $40 00 | $223 95 | $.00 | $.00 | $18,110 89 |
| 10/21/19 | 182 | 02/18/20 | STK | 2010 TOYO HIGH | Whi | 5TDBK3EH1AS035275 | 3511 | FR | 04/20/20 | S | CARMAX - SACRAMENTO SOUTH (US) | $7,480.00 | $6,750.70 | $.00 | $40 00 | $79 67 | $.00 | $.00 | $6,870 37 |
| 10/24/19 | 179 | 02/21/20 | RHD | 2013 Mits Outl | Whi | JA4AS3AW2DU002795 | 3518 | ST | 04/21/20 | S | ADESA Sacramento | $5,095.00 | $4,598 24 | $.00 | $40 00 | $51.73 | $.00 | $50 00 | $4,739 97 |
| 10/29/19 | 174 | 02/28/20 | STK | 2010 TOYO RAV4 | Whi | JTMYK4DV5A5026527 | 3522 | FR | 04/28/20 | S | CARMAX - PLEASANTON (US) | $7,265.00 | $6,556 66 | $.00 | $40 00 | $64.44 | $.00 | $.00 | $6,661.10 |
| 11/11/19 | 161 | 03/16/20 | STK | 2014 DODG RAM | Whi | 1C6RR7FT7ES181575 | 3530 | FR | 04/15/20 | S | CARMAX - SACRAMENTO SOUTH (US) | $17,370.00 | $15,676.43 | $.00 | $85 00 | $174 83 | $.00 | $.00 | $15,936 26 |
| 11/18/19 | 154 | 02/21/20 | SOT | 2009 CADI ESCA | Unk | 1GYFK13249R158058 | 3532 | FC | 04/22/20 | S | CARMAX - ROSEV LLE (US) | $13,130.00 | $12,473 50 | $.00 | $170 00 | $239 86 | $.00 | $.00 | $12,883 36 |
| 11/26/19 | 146 | 03/02/20 | STK | 2012 Ford F150 | Whi | 1FTFW1ET7CFC59930 | 3545 | FR | 05/01/20 | S | ADESA Brashers | $12,895.00 | $12,250 25 | $.00 | $170 00 | $194.41 | $.00 | $.00 | $12,614 66 |
| 11/27/19 | 145 | 03/02/20 | STK | 2013 Hond CR-V | Gra | 5J6RM3H77DL020999 | 3547 | FR | 05/01/20 | S | ADESA Sacramento | $7,440.00 | $7,068 00 | $.00 | $170 00 | $112 93 | $.00 | $.00 | $7,350 93 |
| 11/27/19 | 145 | 03/02/20 | REP | 2017 JEEP RENE | Bla | ZACCJABB4HPE58127 | 3550 | FR | 05/01/20 | S | CARMAX - FREMONT (US) | $9,900.00 | $9,405 00 | $.00 | $170 00 | $149 67 | $.00 | $.00 | $9,724 67 |
| 12/02/19 | 140 | 03/06/20 | STK | 2014 SUBA OUTB | Blu | 4S4BRBEC8E263450 | 3556 | FR | 05/06/20 | S | CARMAX - ROSEV LLE (US) | $12,020.00 | $11,419 00 | $.00 | $170 00 | $165 97 | $.00 | $.00 | $11,754 97 |
| 12/04/19 | 138 | 03/09/20 | REP | 2010 Lexu RX 4 | Sil | JTJBC1BA7A2406906 | 3560 | ST | 05/08/20 | S | The Dealers' Forum d/b/a Carwave | $8,400.00 | $7,980 00 | $.00 | $170 00 | $108.44 | $.00 | $50.00 | $8,308.44 |
| 12/09/19 | 132 | 03/13/20 | REP | 2009 Dodg Ram | Blu | 1D3HB18T89S722987 | 3562 | ST | 04/13/20 | B | Manheim San Francisco Bay (BCAA) | $10,000.00 | $9,500 00 | $.00 | $85 00 | $115 91 | $.00 | $50.00 | $9,750 91 |
| 12/10/19 | 132 | 03/16/20 | SOT | 2011 Toyo Tund | Bla | 5TFRM5F13BX027471 | 3564 | FC | 04/15/20 | S | ADESA Brashers | $10,385.00 | $9,865.75 | $.00 | $85 00 | $110 37 | $.00 | $.00 | $10,061.12 |

Receivable Detail

Requested by : MAN\SUSAN.SMITH   Requested on : 2020-04-20 09:08:38 AM

## Retail Inventory for Icarz dba Lending Club Auto dba Latinos Auto Center (54406)

| Floor Date | Days | Last Paid | VS | Vehicle Description | Color | VIN | Stk # | TS | Due | Disb | Source | Original Amount | Principal Balance | One Day Balance | Fee | Interest | Collateral Protection | Other | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/23/19 | 118 | | STK | 2015 MERC CCL | Whi | 55SWF4KB0FU003648 | 3575 | FR | 04/27/20 | B | Manheim San Francisco Bay (BCAA) | $13,400.00 | $13,400.00 | $.00 | $270.00 | $532.31 | $.00 | $18.00 | $14,220.31 |
| 12/31/19 | 111 | | REP | 2013 ACUR ILX | Bla | 19VDE1F55DE001260 | 3583 | FR | 05/06/20 | S | CARMAX - PLEASANTON (US) | $6,680.00 | $6,680.00 | $.00 | $220.00 | $248.19 | $.00 | $18.00 | $7,166.19 |
| 12/31/19 | 110 | 03/02/20 | STK | 2013 Chev Impa | Gra | 2G1WG5E35D1157869 | 3581 | FR | 05/01/20 | B | Trade-In | $4,975.00 | $4,726.25 | $.00 | $40.00 | $43.75 | $.00 | $.00 | $4,810.00 |
| 12/31/19 | 110 | | STK | 2013 Dodg Dura | Blu | 1C4SDHCT1DC689472 | 3587 | FR | 05/06/20 | S | ACV Auctions, Inc | $13,875.00 | $13,875.00 | $.00 | $220.00 | $506.00 | $.00 | $18.00 | $14,619.00 |
| 01/08/20 | 102 | 03/09/20 | REP | 2012 Audi A5 | Gra | WAUCFAFH4CN006306 | 3611 | ST | 05/08/20 | S | Manheim San Francisco Bay (BCAA) | $9,670.00 | $9,186.50 | $.00 | $40.00 | $72.09 | $.00 | $50.00 | $9,348.59 |
| 01/09/20 | 102 | 03/09/20 | STK | 2012 Ram 1500 | Whi | 1C6RD7GP9CS222074 | 3598 | FR | 05/08/20 | S | ADESA Sacramento | $10,785.00 | $10,245.75 | $.00 | $40.00 | $80.29 | $.00 | $.00 | $10,366.04 |
| 01/09/20 | 102 | 03/09/20 | STK | 2011 Ford F150 | Sil | 1FTFW1EF9BKD52268 | 3600 | TA | 05/08/20 | S | ADESA Sacramento | $10,385.00 | $9,865.75 | $.00 | $40.00 | $77.33 | $.00 | $.00 | $9,983.08 |
| 01/09/20 | 102 | 03/09/20 | REP | 2014 Suba Outb | Whi | 4S4BRBLC8E3210623 | 3602 | ST | 05/08/20 | S | ADESA Sacramento | $12,410.00 | $11,789.50 | $.00 | $40.00 | $92.42 | $.00 | $50.00 | $11,971.92 |
| 01/14/20 | 97 | 03/16/20 | REP | 2012 FORD ESCA | Bla | 1FMCU9DG4CKB76003 | 3614 | FR | 05/15/20 | S | CARMAX - PLEASANTON (US) | $6,150.00 | $5,842.50 | $.00 | $40.00 | $37.86 | $.00 | $.00 | $5,920.36 |
| 01/16/20 | 95 | 03/16/20 | STK | 2011 Merc S Cl | Sil | WDDNG7BBXBA387362 | 3618 | FR | 05/15/20 | S | ADESA Sacramento | $10,985.00 | $10,435.75 | $.00 | $40.00 | $67.43 | $.00 | $.00 | $10,543.18 |
| 01/16/20 | 95 | 03/16/20 | SOT | 2010 Dodg Ram | Bla | 1D7RB1GP8AS102006 | 3616 | GD | 05/15/20 | S | ADESA Sacramento | $9,870.00 | $9,376.50 | $.00 | $40.00 | $60.66 | $.00 | $50.00 | $9,527.16 |
| 01/16/20 | 94 | 03/16/20 | STK | 2014 Chev Cama | Yel | 2G1FA1E33E9268160 | 3619 | FR | 05/15/20 | S | ACV Auctions, Inc | $11,475.00 | $10,901.25 | $.00 | $40.00 | $70.42 | $.00 | $.00 | $11,011.67 |
| 01/20/20 | 91 | 03/20/20 | STK | 2015 NISS PATH | Sil | 5N1AR2MM3FC659793 | 3621 | FR | 05/19/20 | S | CARMAX - ROSEV LLE (US) | $15,250.00 | $14,487.50 | $.00 | $40.00 | $82.13 | $.00 | $.00 | $14,609.63 |
| 01/20/20 | 91 | 03/20/20 | STK | 2015 MERC C300 | Whi | 55SWF4JB8FU056177 | 3624 | FR | 05/19/20 | S | CARMAX - SACRAMENTO SOUTH (US) | $15,250.00 | $14,487.50 | $.00 | $40.00 | $82.13 | $.00 | $.00 | $14,609.63 |
| 01/20/20 | 91 | 03/20/20 | CV | 2011 VOLK TOUA | Whi | WVGFF9BP4BD001473 | 3620 | FR | 05/19/20 | S | CARMAX - ROSEV LLE (US) | $7,380.00 | $7,011.00 | $.00 | $40.00 | $39.87 | $.00 | $.00 | $7,090.87 |
| 01/21/20 | 90 | | REP | 2017 DODG GRAN | Sil | 2C4RDGEG4HR842075 | 3627 | ST | 05/22/20 | S | CARMAX - PLEASANTON (US) | $12,930.00 | $12,930.00 | $.00 | $80.00 | $224.39 | $.00 | $68.00 | $13,302.39 |
| 01/21/20 | 90 | | STK | 2012 BMW X5 | Blu | 5UXZV8C54CL423907 | 3626 | FR | 05/22/20 | S | CARMAX - PLEASANTON (US) | $9,090.00 | $9,090.00 | $.00 | $80.00 | $158.06 | $.00 | $18.00 | $9,346.06 |
| 01/21/20 | 90 | | REP | 2015 BMW 428 | Bla | WBA4A9C52FGL86380 | 3630 | FR | 05/22/20 | S | CARMAX - PLEASANTON (US) | $14,550.00 | $14,550.00 | $.00 | $80.00 | $252.34 | $.00 | $68.00 | $14,950.34 |

# Receivable Detail

Requested by : MAN\SUSAN.SMITH   Requested on : 2020-04-20 09:08:38 AM

## Retail Inventory for Icarz dba Lending Club Auto dba Latinos Auto Center (54406)

| Floor Date | Days | Last Paid | VS | Vehicle Description | Color | VIN | Stk # | TS | Due | Disb | Source | Original Amount | Principal Balance | One Day Balance | Fee | Interest | Collateral Protection | Other | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/21/20 | 90 | | REP | 2009 DODG RAM | Whi | 1D3HV13PX9S704637 | 3632 | ST | 05/22/20 | S | CARMAX - PLEASANTON (US) | $9,410.00 | $9,410.00 | $.00 | $80.00 | $163.64 | $.00 | $68.00 | $9,721.64 |
| 01/21/20 | 90 | | REP | 2011 FORD EXPL | Blu | 1FMHK7B81BGA94016 | 3631 | ST | 05/22/20 | S | CARMAX - PLEASANTON (US) | $5,750.00 | $5,750.00 | $.00 | $80.00 | $100.48 | $.00 | $68.00 | $5,998.48 |
| 01/21/20 | 90 | | STK | 2007 MERC SLK2 | Sil | WDBWK54F07F153449 | 3628 | FR | 05/22/20 | S | CARMAX - PLEASANTON (US) | $6,565.00 | $6,565.00 | $.00 | $80.00 | $114.49 | $.00 | $18.00 | $6,777.49 |
| 01/21/20 | 90 | | STK | 2015 Chev Silv | Gra | 3GCUKREC8FG330976 | 3636 | FR | 05/22/20 | S | ADESA Brashers | $17,610.00 | $17,610.00 | $.00 | $80.00 | $305.08 | $.00 | $18.00 | $18,013.08 |
| 01/27/20 | 84 | | REP | 2016 CHEV CAMA | Whi | 1G1FB1RS1G0148661 | 3642 | ST | 05/26/20 | S | CARMAX - SACRAMENTO SOUTH (US) | $14,650.00 | $14,650.00 | $.00 | $80.00 | $236.60 | $.00 | $68.00 | $15,034.60 |
| 01/27/20 | 84 | | STK | 2014 CHRY TOWN | Whi | 2C4RC1BG4ER156313 | 3638 | FR | 05/26/20 | S | CARMAX - ROSEV LLE (US) | $5,225.00 | $5,225.00 | $.00 | $80.00 | $85.07 | $.00 | $18.00 | $5,408.07 |
| 01/27/20 | 84 | | SOT | 2008 CHEV TAHO | Blu | 1GNFC13078J190640 | 3641 | AS | 05/26/20 | S | CARMAX - SACRAMENTO SOUTH (US) | $6,365.00 | $6,365.00 | $.00 | $80.00 | $103.39 | $.00 | $18.00 | $6,566.39 |
| 01/27/20 | 84 | | STK | 2010 FORD F150 | Whi | 1FTEW1C8XAKE29695 | 3643 | FR | 05/26/20 | S | CARMAX - SACRAMENTO SOUTH (US) | $12,320.00 | $12,320.00 | $.00 | $80.00 | $199.09 | $.00 | $18.00 | $12,617.09 |
| 01/31/20 | 79 | | PAS | 2003 Dodg Ram | Red | 1D7HU18N23J507953 | 3646 | FR | 06/01/20 | S | Manheim San Francisco Bay (BCAA) | $5,105.00 | $5,105.00 | $.00 | $130.00 | $79.80 | $.00 | $18.00 | $5,332.80 |
| 02/10/20 | 70 | | STK | 2007 GMC YUKO | Bla | 1GKFK66827J221726 | 3652 | FR | 06/09/20 | S | CARMAX - SACRAMENTO SOUTH (US) | $7,380.00 | $7,380.00 | $.00 | $80.00 | $99.06 | $.00 | $18.00 | $7,577.06 |
| 02/10/20 | 70 | | STK | 2016 DODG RAM | Whi | 1C6RR6GT2GS240981 | 3651 | FR | 06/09/20 | S | CARMAX - SACRAMENTO SOUTH (US) | $16,260.00 | $16,260.00 | $.00 | $80.00 | $217.24 | $.00 | $18.00 | $16,575.24 |
| 02/10/20 | 70 | | STK | 2014 LEXU RX 4 | Gra | JTJBC1BA2E2068577 | 3650 | FR | 06/09/20 | S | CARMAX - SACRAMENTO SOUTH (US) | $15,250.00 | $15,250.00 | $.00 | $80.00 | $203.79 | $.00 | $18.00 | $15,551.79 |
| 02/10/20 | 70 | | REP | 2014 NISS QUES | Unk | JN8AE2KP7E9100874 | 3649 | FR | 06/09/20 | S | CARMAX - SACRAMENTO SOUTH (US) | $7,580.00 | $7,580.00 | $.00 | $80.00 | $101.72 | $.00 | $18.00 | $7,779.72 |
| 02/11/20 | 69 | | SOT | 2014 Ram 1500 | Whi | 1C6RR7JT2ES106208 | 3653 | GD | 06/12/20 | S | ADESA Brashers | $18,330.00 | $18,330.00 | $.00 | $80.00 | $241.20 | $.00 | $68.00 | $18,719.20 |
| 02/12/20 | 68 | | STK | 2013 FORD F150 | Red | 1FTFW1ET6DFB07123 | 3659 | FR | 06/12/20 | S | CARMAX - FREMONT (US) | $12,120.00 | $12,120.00 | $.00 | $80.00 | $157.32 | $.00 | $18.00 | $12,375.32 |
| 02/12/20 | 68 | | STK | 2008 TOYO SEQU | Blu | 5TDZY68A38S002186 | 3658 | FR | 06/12/20 | S | CARMAX - FREMONT (US) | $8,590.00 | $8,590.00 | $.00 | $80.00 | $111.73 | $.00 | $18.00 | $8,799.73 |
| 02/12/20 | 67 | | STK | 2018 Hyun Sona | Gra | 5NPE24AF6JH662552 | 3657 | FR | 06/12/20 | B | Manheim San Francisco Bay (BCAA) | $10,090.00 | $10,090.00 | $.00 | $130.00 | $131.75 | $.00 | $18.00 | $10,369.75 |
| 02/13/20 | 67 | | STK | 2014 MERC M-CL | Sil | 4JGDA5HB6EA352532 | 3664 | FR | 06/12/20 | S | ADESA Sacramento | $13,310.00 | $13,310.00 | $.00 | $80.00 | $170.06 | $.00 | $18.00 | $13,578.06 |

**Receivable Detail**

Requested by : MAN\SUSAN.SMITH    Requested on : 2020-04-20 09:08:38 AM

### Retail Inventory for Icarz dba Lending Club Auto dba Latinos Auto Center (54406)

| Floor Date | Days | Last Paid | VS | Vehicle Description | Color | VIN | Stk # | TS | Due | Disb | Source | Original Amount | Principal Balance | One Day Balance | Fee | Interest | Collateral Protection | Other | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/13/20 | 67 | | REP | 2015 CADI ATS | Gol | 1G6AB5RAXF0120679 | 3663 | ST | 06/12/20 | S | ADESA Sacramento | $12,910.00 | $12,910 00 | $.00 | $80 00 | $165 03 | $.00 | $68.00 | $13,223 03 |
| 02/13/20 | 67 | | REP | 2013 Merc E Cl | Sil | WDDHF5KB6DA705422 | 3667 | ST | 06/12/20 | S | ADESA Sacramento | $9,370.00 | $9,370 00 | $.00 | $80 00 | $120 01 | $.00 | $68.00 | $9,638 01 |
| 02/13/20 | 67 | | REP | 2015 Merc GLA | Bla | WDCTG4EB7FJ135144 | 3665 | ST | 06/12/20 | S | ADESA Sacramento | $15,525.00 | $15,525 00 | $.00 | $80 00 | $198 29 | $.00 | $68.00 | $15,871 29 |
| 02/17/20 | 63 | | STK | 2009 CHEV S LV | Blu | 3GCEC23J99G122118 | 3672 | FR | 06/16/20 | S | CARMAX - SACRAMENTO SOUTH (US) | $10,410.00 | $10,410 00 | $.00 | $80 00 | $124 90 | $.00 | $18.00 | $10,632 90 |
| 02/17/20 | 63 | | STK | 2016 FORD F150 | Unk | 1FTEX1EP3GKF54385 | 3669 | FR | 06/16/20 | S | CARMAX - ROSEV LLE (US) | $18,490.00 | $18,490 00 | $.00 | $80 00 | $221 30 | $.00 | $18.00 | $18,809 30 |
| 02/17/20 | 63 | | SOT | 2009 CADI ESCA | Bla | 1GYFK26239R203587 | 3668 | GD | 06/16/20 | S | CARMAX - ROSEV LLE (US) | $10,610.00 | $10,610 00 | $.00 | $80 00 | $127 34 | $.00 | $68.00 | $10,885 34 |
| 02/17/20 | 63 | | STK | 2013 Ford F150 | Bla | 1FTFW1ET1DKF97770 | 3673 | FR | 06/16/20 | S | The Dealers' Forum d/b/a Carwave | $16,460.00 | $16,460 00 | $.00 | $80 00 | $197 08 | $.00 | $18.00 | $16,755 08 |
| 02/17/20 | 63 | | STK | 2013 Toyo Taco | Whi | 5TFJU4GN2DX049540 | 3674 | FR | 06/16/20 | S | The Dealers' Forum d/b/a Carwave | $19,270.00 | $19,270 00 | $.00 | $80 00 | $230 61 | $.00 | $18.00 | $19,598 61 |
| 02/18/20 | 62 | | STK | 2013 AUDI A7 | Gra | WAU2GAFC3DN083778 | 3675 | FR | 06/19/20 | S | CARMAX - PLEASANTON (US) | $19,190.00 | $19,190 00 | $.00 | $40 00 | $225 85 | $.00 | $18.00 | $19,473 85 |
| 02/24/20 | 56 | | STK | 2013 FORD MUST | Bla | 1ZVBP8AM6D538980 | 3676 | FR | 04/24/20 | S | CARMAX - ROSEV LLE (US) | $7,880.00 | $7,880 00 | $.00 | $60 00 | $87.12 | $.00 | $18.00 | $8,045.12 |
| 02/24/20 | 56 | | SOT | 2008 CHEV S LV | Bla | 2GCEC13C581195165 | 3678 | FC | 04/24/20 | S | CARMAX - SACRAMENTO SOUTH (US) | $9,900.00 | $9,900 00 | $.00 | $60 00 | $109 23 | $.00 | $18.00 | $10,087 23 |
| 02/24/20 | 56 | | STK | 2007 JEEP WRAN | Sil | 1J4FA54147L225127 | 3679 | FR | 04/24/20 | S | CARMAX - SACRAMENTO SOUTH (US) | $11,820.00 | $11,820 00 | $.00 | $60 00 | $130 25 | $.00 | $18.00 | $12,028 25 |
| 02/27/20 | 53 | | STK | 2007 Toyo Tund | Whi | 5TBDV54197S470515 | 3680 | FR | 04/27/20 | S | ADESA Sacramento | $10,485.00 | $10,485 00 | $.00 | $60 00 | $109.19 | $.00 | $18.00 | $10,672.19 |
| 03/02/20 | 49 | | REP | 2008 TOYO TUND | Whi | 5TFBV54188X046723 | 3683 | ST | 05/01/20 | S | CARMAX - SACRAMENTO SOUTH (US) | $8,990.00 | $8,990 00 | $.00 | $60 00 | $86.42 | $.00 | $68.00 | $9,204.42 |
| 03/02/20 | 49 | | STK | 2011 NISS FRON | Bla | 1N6AD0ERXBC424025 | 3681 | TA | 05/01/20 | S | CARMAX - ROSEV LLE (US) | $11,010.00 | $11,010 00 | $.00 | $60 00 | $105 59 | $.00 | $18.00 | $11,193 59 |
| 03/02/20 | 49 | | REP | 2012 JEEP GRAN | Sil | 1C4RJFAG0CC145352 | 3682 | ST | 05/01/20 | S | CARMAX - ROSEV LLE (US) | $8,280.00 | $8,280 00 | $.00 | $60 00 | $79 66 | $.00 | $68.00 | $8,487 66 |
| 03/03/20 | 48 | | STK | 2014 Chev Silv | Bla | 3GCPCREH0EG210223 | 3689 | FR | 05/04/20 | S | ADESA Brashers | $17,530.00 | $17,530 00 | $.00 | $60 00 | $164.11 | $.00 | $18.00 | $17,772.11 |
| 03/03/20 | 48 | | REP | 2010 MERC E350 | Gol | WDDHF5GB9AA096668 | 3688 | ST | 05/04/20 | S | CARMAX - PLEASANTON (US) | $10,410.00 | $10,410 00 | $.00 | $60 00 | $97 81 | $.00 | $68.00 | $10,635 81 |

**Retail Inventory for Icarz dba Lending Club Auto dba Latinos Auto Center (54406)**

| Floor Date | Days | Last Paid | VS | Vehicle Description | Color | VIN | Stk # | TS | Due | Disb | Source | Original Amount | Principal Balance | One Day Balance | Fee | Interest | Collateral Protection | Other | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/03/20 | 48 | | STK | 2013 HYUN GENE | Red | KMHHT6KD9DU102789 | 3686 | FR | 05/04/20 | S | CARMAX - PLEASANTON (US) | $8,180.00 | $8,180.00 | $.00 | $60.00 | $76.97 | $.00 | $18.00 | $8,334.97 |
| 03/03/20 | 48 | | STK | 2012 CHEV S LV | Sil | 3GCPCSE00CG177366 | 3685 | FR | 05/04/20 | S | CARMAX - PLEASANTON (US) | $12,680.00 | $12,680.00 | $.00 | $60.00 | $118.91 | $.00 | $18.00 | $12,876.91 |
| 03/03/20 | 48 | | STK | 2017 FORD FUSI | Bla | 3FA6P0PU3HR329940 | 3687 | FR | 05/04/20 | S | CARMAX - PLEASANTON (US) | $9,400.00 | $9,400.00 | $.00 | $60.00 | $88.34 | $.00 | $18.00 | $9,566.34 |
| 03/03/20 | 48 | | STK | 2013 BMW 528 | Bla | WBAXG5C54DDY31642 | 3684 | FR | 05/04/20 | S | CARMAX - PLEASANTON (US) | $10,200.00 | $10,200.00 | $.00 | $60.00 | $95.79 | $.00 | $18.00 | $10,373.79 |
| 03/05/20 | 46 | | STK | 2007 Chev Taho | Sil | 1GNFK13067R101353 | 3691 | FR | 05/04/20 | S | ADESA Sacramento | $6,015.00 | $6,015.00 | $.00 | $60.00 | $54.31 | $.00 | $18.00 | $6,147.31 |
| 03/05/20 | 46 | | REP | 2013 Ford F150 | Whi | 1FTFW1ET4DFB38080 | 3690 | ST | 05/04/20 | S | ADESA Sacramento | $19,445.00 | $19,445.00 | $.00 | $60.00 | $174.09 | $.00 | $68.00 | $19,747.09 |
| 03/09/20 | 42 | | STK | 2013 CHEV CAMA | Gra | 2G1FE1E31D9147887 | 3692 | TA | 05/08/20 | S | CARMAX - ROSEV LLE (US) | $9,090.00 | $9,090.00 | $.00 | $60.00 | $74.27 | $.00 | $18.00 | $9,242.27 |
| 03/09/20 | 42 | | REP | 2015 HOND ACCO | Blu | 5J6TF2H51FL000162 | 3693 | ST | 05/08/20 | S | CARMAX - ROSEV LLE (US) | $6,965.00 | $6,965.00 | $.00 | $60.00 | $57.12 | $.00 | $68.00 | $7,150.12 |
| 03/10/20 | 41 | | REP | 2015 Chry 200 | Sil | 1C3CCCBB3FN717562 | 3698 | ST | 05/11/20 | S | ADESA Brashers | $10,685.00 | $10,685.00 | $.00 | $60.00 | $85.08 | $.00 | $68.00 | $10,898.08 |
| 03/10/20 | 41 | | REP | 2014 Ram 1500 | Whi | 1C6RR6GT8ES383592 | 3699 | ST | 05/11/20 | S | ADESA Brashers | $11,085.00 | $11,085.00 | $.00 | $60.00 | $88.23 | $.00 | $68.00 | $11,301.23 |
| 03/10/20 | 41 | | SOT | 2011 Ram 1500 | Bla | 1D7RB1CT7BS515412 | 3695 | FC | 05/11/20 | S | ADESA Brashers | $14,095.00 | $14,095.00 | $.00 | $60.00 | $111.94 | $.00 | $18.00 | $14,284.94 |
| 03/10/20 | 41 | | REP | 2011 BMW 5-Se | Bla | WBAFR7C58BC801922 | 3702 | ST | 05/11/20 | S | ADESA Brashers | $6,330.00 | $6,330.00 | $.00 | $60.00 | $50.68 | $.00 | $68.00 | $6,508.68 |
| 03/10/20 | 41 | | SOT | 2008 GMC Yuko | Bla | 1GKFK63818J241777 | 3700 | GD | 05/11/20 | S | ADESA Brashers | $7,545.00 | $7,545.00 | $.00 | $60.00 | $60.27 | $.00 | $68.00 | $7,733.27 |
| 03/10/20 | 41 | | CV | 2012 BMW 7-Se | Bla | WBAKB4C50CC576558 | 3697 | FR | 05/11/20 | S | ADESA Brashers | $8,320.00 | $8,320.00 | $.00 | $60.00 | $66.33 | $.00 | $18.00 | $8,464.33 |
| 03/10/20 | 41 | | STK | 2013 Chev Mali | Sil | 1G11A5SA2DF247665 | 3696 | AS | 05/11/20 | S | ADESA Brashers | $4,690.00 | $4,690.00 | $.00 | $60.00 | $37.66 | $.00 | $18.00 | $4,805.66 |
| 03/16/20 | 35 | | REP | 2013 CADI XTS | Bla | 2G61R5S37D9224749 | 3705 | ST | 05/15/20 | S | CARMAX - ROSEV LLE (US) | $8,280.00 | $8,280.00 | $.00 | $60.00 | $55.91 | $.00 | $68.00 | $8,463.91 |
| 03/16/20 | 35 | | STK | 2013 FORD F150 | Whi | 1FTFW1ET3DKF43693 | 3706 | FR | 05/15/20 | S | CARMAX - ROSEV LLE (US) | $14,040.00 | $14,040.00 | $.00 | $60.00 | $94.33 | $.00 | $18.00 | $14,212.33 |
| 03/16/20 | 35 | | STK | 2014 MERC CLA2 | Sil | WDDSJ4EB8EN037143 | 3704 | FR | 05/15/20 | S | CARMAX - ROSEV LLE (US) | $13,940.00 | $13,940.00 | $.00 | $60.00 | $93.66 | $.00 | $18.00 | $14,111.66 |

**Retail Inventory for Icarz dba Lending Club Auto dba Latinos Auto Center (54406)**

| Floor Date | Days | Last Paid | VS | Vehicle Description | Color | VIN | Stk # | TS | Due | Disb | Source | Original Amount | Principal Balance | One Day Balance | Fee | Interest | Collateral Protection | Other | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/16/20 | 35 | | STK | 2017 LAND DISC | Bla | SALCP2BG9HH672143 | 3703 | FR | 05/15/20 | S | CARMAX - ROSEV LLE (US) | $18,790.00 | $18,790 00 | $.00 | $60 00 | $126 06 | $.00 | $18.00 | $18,994 06 |
| 03/19/20 | 32 | | REP | 2013 Ford F150 | Gol | 1FTFW1ET9DFA54675 | 3708 | ST | 05/18/20 | S | ADESA Sacramento | $7,640.00 | $7,640 00 | $.00 | $60 00 | $46 94 | $.00 | $68.00 | $7,814 94 |
| 03/24/20 | 26 | | REP | 2013 Merc GL C | Blu | 4JGDF7CE7DA252520 | 3707 | ST | 05/26/20 | B | CarMax (Pay Buyer Account) | $9,696.00 | $9,696 00 | $.00 | $110 00 | $49 86 | $.00 | $68.00 | $9,923 86 |
| 03/24/20 | 26 | | REP | 2016 Merc E-Cl | Gra | WDDHF5KB8GB293826 | 3709 | ST | 05/26/20 | B | ADESA Brashers | $14,940.00 | $14,940 00 | $.00 | $110 00 | $73.71 | $.00 | $68.00 | $15,191.71 |
| 04/01/20 | 18 | | REP | 2007 Cadi Esca | Bla | 1GYFK63867R373519 | 3711 | FR | 06/01/20 | B | ADESA Sacramento | $5,680.00 | $5,680 00 | $.00 | $110 00 | $20.73 | $.00 | $18.00 | $5,828.73 |
| 04/02/20 | 18 | | REP | 2014 Suba Impr | Whi | JF1GV7E60EG011736 | 3717 | TA | 06/01/20 | S | The Dealers' Forum d/b/a Carwave | $14,355.00 | $14,355 00 | $.00 | $60 00 | $48.79 | $.00 | $18.00 | $14,481.79 |
| 04/02/20 | 18 | | REP | 2014 Chry 300 | Bla | 2C3CCAKG5EH216728 | 3721 | ST | 06/01/20 | S | The Dealers' Forum d/b/a Carwave | $9,010.00 | $9,010 00 | $.00 | $60 00 | $30.79 | $.00 | $68.00 | $9,168.79 |
| 04/02/20 | 18 | | REP | 2010 Toyo Tund | Bla | 5TFFY5F12AX087828 | 3722 | ST | 06/01/20 | S | The Dealers' Forum d/b/a Carwave | $17,170.00 | $17,170 00 | $.00 | $60 00 | $58 34 | $.00 | $68.00 | $17,356 34 |
| 04/02/20 | 18 | | STK | 2013 Hond Acco | Bro | 1HGCT1B80DA016150 | 3715 | FR | 06/01/20 | S | The Dealers' Forum d/b/a Carwave | $8,710.00 | $8,710 00 | $.00 | $60 00 | $29.71 | $.00 | $18.00 | $8,817.71 |
| 04/02/20 | 18 | | RHD | 2015 BMW 3-Se | Bla | WBA8Z5C50FD672457 | 3719 | FR | 06/01/20 | S | The Dealers' Forum d/b/a Carwave | $12,950.00 | $12,950 00 | $.00 | $60 00 | $44 08 | $.00 | $68.00 | $13,122 08 |
| 04/02/20 | 18 | | REP | 2017 GMC Cany | Whi | 1GTH5AEAXH1306074 | 3720 | TA | 06/01/20 | S | The Dealers' Forum d/b/a Carwave | $14,355.00 | $14,355 00 | $.00 | $60 00 | $48.79 | $.00 | $18.00 | $14,481.79 |
| 04/02/20 | 18 | | STK | 2016 Merc C-Cl | Gra | 55SWF4JB2GU156227 | 3712 | TA | 06/01/20 | S | The Dealers' Forum d/b/a Carwave | $14,960.00 | $14,960 00 | $.00 | $60 00 | $50 83 | $.00 | $18.00 | $15,088 83 |
| 04/02/20 | 18 | | STK | 2015 Ram 1500 | Sil | 1C6RR6GGXFS518320 | 3713 | TA | 06/01/20 | S | The Dealers' Forum d/b/a Carwave | $12,140.00 | $12,140 00 | $.00 | $60 00 | $41 30 | $.00 | $18.00 | $12,259 30 |
| 04/02/20 | 18 | | STK | 2017 Toyo Coro | Gra | 5YFBURHE1HP595864 | 3714 | TA | 06/01/20 | S | The Dealers' Forum d/b/a Carwave | $13,855.00 | $13,855 00 | $.00 | $60 00 | $47.10 | $.00 | $18.00 | $13,980.10 |
| 04/02/20 | 18 | | STK | 2015 Audi A8 | Whi | WAU32AFD7FN009715 | 3723 | TA | 06/01/20 | S | The Dealers' Forum d/b/a Carwave | $19,885.00 | $19,885 00 | $.00 | $60 00 | $67.48 | $.00 | $18.00 | $20,030.48 |
| 04/02/20 | 18 | | STK | 2013 Hond Acco | Whi | 1HGCT2B87DA002980 | 3716 | TA | 06/01/20 | S | The Dealers' Forum d/b/a Carwave | $10,120.00 | $10,120 00 | $.00 | $60 00 | $34.47 | $.00 | $18.00 | $10,232.47 |
| 04/03/20 | 17 | | RHD | 2019 Niss Sent | Sil | 3N1AB7AP9KY273176 | 3724 | ST | 06/02/20 | S | The Dealers' Forum d/b/a Carwave | $11,230.00 | $11,230 00 | $.00 | $60 00 | $36.14 | $.00 | $68.00 | $11,394.14 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Total Retail** <br> **Unit Count: 126** | $1,475,616.00 | $1,416,003.20 | $.00 | $9,155.00 | $15,594.93 | $.00 | $3,856.00 | $1,444,609.13 |