# EXHIBIT F

ROGERS JOSEPH O'DONNELL
John G. Heller (SBN 129901)
jheller@rjo.com
Lauren Kramer Sujeeth (SBN 259821)
lsujeeth@rjo.com
311 California Street
San Francisco, California 94104
Telephone: 415.956.2828
Facsimile: 415.956.6457

Attorneys for Defendant
ICARZ INC., d/b/a LENDING CLUB
AUTO d/b/a LATINOS AUTO CENTER,
California Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., a Delaware Corporation,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>iCarz Inc., d/b/a LENDING CLUB AUTO d/b/a LATINOS AUTO CENTER, California Corporation,<br><br>　　　　Defendant. | Case No. 2:20-cv-00851-MCE-CKD<br><br>**DECLARATION OF ARI GORGANI IN RESPONSE TO TEMPORARY RESTRAINING ORDER** |

I, Ari Gorgani, declare as follows:

1. I am the President of Defendant iCarz Inc. dba Lending Club Auto dba Latinos Auto Center and am authorized to make this declaration on behalf of Defendant.

2. In compliance with the Temporary Restraining Order issued May 1, 2020 (ECF No. 6), paragraph 4, the following is provided based on information currently available to me and to the best of my present ability. As to vehicles that have been sold, the "location" provided is the address provided by the purchaser, but I cannot represent that this is where the vehicle is presently located.

| VIN NUMBER | Vehicle Description | Location |
| --- | --- | --- |
| WAU32AFD7FN009715 | 2015 Audi A8 White | 211 Mission Oak Court Folsom, CA |
| 5TFJU4GN2DX049540 | 2013 Toyota Tacoma White | 1741 Avondale Ave Sacramento, CA |
| WAU2GAFC3DN083778 | 2013 AUDI A7 Gray | 1758 Hardwood Way Sacramento, CA |
| SALCP2BG9HH672143 | 2017 LAND ROVER DISCOVERY SPORT Black | 3215 Fulton Avenue, Sacramento, CA |
| 1FTEX1EP3GKF54385 | 2016 FORD F150 | 2426 Marconi Ave Sacramento, CA 95821 |
| 3GCUKREC8FG330976 | 2015 Chevrolet Silverado 1500 Gray | 336 Pleasant Hill Ave North Sebastopol, CA |
| 3GCPCREH0EG210223 | 2014 Chevrolet Silverado 1500 Black | 18961 Weatherly Circle Woodbridge, CA |
| 1FTFW1ET1DKF97770 | 2013 Ford F150 Black | 71 Peerless Ave Arbuckle, CA |
| 1C6RR6GT2GS240981 | 2016 DODGE RAM 1500 White | 2426 Marconi Ave Sacramento, CA 95821 |
| 1C6RR7FT7ES181575 | 2014 DODGE RAM 1500 White | 2426 Marconi Ave Sacramento, CA 95821 |
| JTJBC1BA2E2068577 | 2014 LEXUS RX 450H Gray | 2426 Marconi Ave Sacramento, CA 95821 |
| 55SWF4JB2GU156227 | 2016 Mercedes-Benz C-Class Gray | 3215 Fulton Ave Sacramento, CA |
| 1C4SDHCT1DC689472 | 2013 Dodge Durango Blue | 1008 106th Ave Oakland, CA |
| 55SWF4JB8FU056177 | 2015 MERCEDES-BENZ C300 | 1746 N Beale Rd |

| | | | |
|---|---|---|---|
| 1 | | White | Marysville, CA 95901 |
| 2 | 5N1AR2MM3FC659793 | 2015 NISSAN PATHFINDER Silver | 4120 49th Ave Apt 95 Sacramento, CA |
| 3 | | | |
| 4 | 55SWF4KB0FU003648 | 2015 MERCEDES-BENZ C CLASS White | 3215 Fulton Ave Sacramento, CA |
| 5 | | | |
| 6 | 1FTFW1ET3DKF43693 | 2013 FORD F150 White | 3316 San Vincente Rd West Sacramento, CA |
| 7 | | | |
| 8 | WDDSJ4EB8EN037143 | 2014 MERCEDES-BENZ CLA250 Silver | 379 7th Street, Gustine, CA |
| 9 | | | |
| 10 | 5YFBURHE1HP595864 | 2017 Toyota Corolla Gray | 2426 Marconi Ave Sacramento, CA 95821 |
| 11 | | | |
| 12 | 1GCNCPEC6FZ367210 | 2015 Chevrolet Silverado 1500 White | 2426 Marconi Ave Sacramento, CA 95821 |
| 13 | | | |
| 14 | 3GCRKTE39AG221650 | 2010 Chevrolet Silverado 1500 Blue | 3215 Fulton Ave Sacramento, CA |
| 15 | | | |
| 16 | 4JGDA5HB6EA352532 | 2014 MERCEDES-BENZ M-CLASS Silver | 6635 Valley High Dr #221 Sacramento, CA |
| 17 | | | |
| 18 | WDDPK4HAXDF068036 | 2013 MERCEDESBENZ SLKCLASS Black | 3215 Fulton Ave Sacramento, CA |
| 19 | | | |
| 20 | 3GCPCSE00CG177366 | 2012 CHEVROLET SILVERADO 1500 Silver | 3215 Fulton Ave Sacramento, CA |
| 21 | | | |
| 22 | 1C4RJEAG7DC561555 | 2013 Jeep Grand Cherokee Silver | 8192 Swan Rd Dixon, CA |
| 23 | | | |
| 24 | 1FTFW1ET7CFC59930 | 2012 Ford F150 White | 7718 Dolphinfish Way Sacramento, CA |
| 25 | | | |
| 26 | 1FTEW1C8XAKE29695 | 2010 FORD F150 White | 6612 30th St Sacramento, CA |
| 27 | | | |
| 28 | 1FTFW1ET6DFB07123 | 2013 FORD F150 Red | 4324 Norwood Ave #C |

| | | |
|---|---|---|
| | | Sacramento, CA |
| 1FTFW1ET3EKE85246 | 2014 Ford F150 Red | 10132 Countryside Way Sacramento, CA |
| 1C6RR6GGXFS518320 | 2015 Ram 1500 Silver | 3215 Fulton Ave Sacramento, CA |
| 1J4FA54147L225127 | 2007 JEEP WRANGLER Silver | 25975 Duncan Dr Esparto, CA |
| 4S4BRBEC8E3263450 | 2014 SUBARU OUTBACK Blue | 4817 Lippitt Lane Sacramento, CA |
| 1N6AD0ERXBC424025 | 2011 NISSAN FRONTIER Black | 133 3rd St Woodland, CA |
| 2G1FA1E33E9268160 | 2014 Chevrolet Camaro Yellow | 2729 Plantation Pl Stockton, CA |
| 5TBDV54197S470515 | 2007 Toyota Tundra White | 253 Summit Ave Oroville, CA |
| 3GCEC23J99G122118 | 2009 CHEVROLET SILVERADO 1500 Blue | 641 Nelson Lane Lincoln, CA |
| WDDNG7BBXBA387362 | 2011 Mercedes-Benz S Class Silver | 3140 Mt McClure Stockton, CA 95212 |
| WBAXG5C54DDY31642 | 2013 BMW 528 Black | 4304 Freitag Way Elk Grove, CA |
| 5NPE24AF6JH662552 | 2018 Hyundai Sonata Gray | 5212 Clinton Rd Sacramento, CA |
| 1C6RD7GP9CS222074 | 2012 Ram 1500 White | 7541 18th St Sacramento, CA |
| 1HGCT2B87DA002980 | 2013 Honda Accord White | 2426 Marconi Ave Sacramento, CA 95821 |
| 1FTFW1EF9BKD52268 | 2011 Ford F150 Silver | 280 Fernwood Ave |

| | | |
|---|---|---|
| | | Oroville, CA 95966 |
| 3FA6P0PU3HR329940 | 2017 FORD FUSION ENERGI Black | 2509 Arden Way Sacramento, CA |
| 5UXZV8C54CL423907 | 2012 BMW X5 Blue | 2426 Marconi Ave Sacramento, CA 95821 |
| 2G1FE1E31D9147887 | 2013 CHEVROLET CAMARO Gray | 2315 Cross Ave Santa Rosa, CA 95401 |
| 1HGCT1B80DA016150 | 2013 Honda Accord Brown | 2426 Marconi Ave Sacramento, CA 95821 |
| 5TDZY68A38S002186 | 2008 TOYOTA SEQUOIA Blue | 6413 Dallas Way Sacramento CA |
| 2C3CDXBG7EH170643 | 2014 Dodge Charger Black | 1426 Southwood Way Roseville, CA |
| WBAKB4C50CC576558 | 2012 BMW 7-Series Black | 1588 Lumpkin Rd Oroville, CA |
| KMHHT6KD9DU102789 | 2013 HYUNDAI GENESIS Red | 7801 21st Ave Sacramento, CA |
| 1ZVBP8AM6D5238980 | 2013 FORD MUSTANG Black | 2471 Davis Rd Williams, CA |
| 1GKFK66827J221726 | 2007 GMC YUKON XL 1500 Black | 10099 Wheeler Cross Rd Grass Valley, CA |
| 5J6RM3H77DL020999 | 2013 Honda CR-V Gray | 7235 French Rd #8b Sacramento, CA |
| WVGFF9BP4BD001473 | 2011 VOLKSWAGEN TOUAREG White | 305 Wisconsin Ave Sacramento, CA |
| WDDGF4HB1DR263826 | 2013 MERCEDES-BENZ C250 Red | 1655 3rd St #70 Lincoln, CA |
| 5TDBK3EH1AS035275 | 2010 TOYOTA HIGHLANDER | 1139 Dove Way |

Page 5

CASE NO: 2:20-cv-00851-MCE-CKD   DECLARATION OF ARI GORGANI

511637.1

|  |  |  |
|---|---|---|
|  | White | Fairfield, CA |
| WDBWK54F07F153449 | 2007 MERCEDES-BENZ SLK280 Silver | 1658 S Juniper St Escondido, CA |
| JTMYK4DV5A5026527 | 2010 TOYOTA RAV4 White | 18002 Spyglass Rd Hidden Valley Lake, CA |
| 1GNFK13067R101353 | 2007 Chevrolet Tahoe Silver | 2426 Marconi Ave Sacramento, CA 95821 |
| 1D7HU18N23J507953 | 2003 Dodge Ram 1500 Red | 6809 Beirwood Circle Citrus Heights, CA |
| WDBTJ56H09F266843 | 2009 MERCEDES-BENZ CLK350 White | 5565 Sierra Springs Dr Pollock Pines, CA |
| 2G1WG5E35D1157869 | 2013 Chevrolet Impala Gray | 1118 Stratford Cri #1 Stockton, CA |
| 1G11A5SA2DF247665 | 2013 Chevrolet Malibu Silver | 1865 Watt Ave Apt #33 Sacramento, CA |
| 2C4RC1BG4ER156313 | 2014 CHRYSLER TOWN AND COUNTRY White | 35 New Grafton Ct Sacramento, CA |

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed this 14th day of May, 2020, in Sacramento, California.

*Ari Gorgani*

Ari Gorgani

**PROOF OF SERVICE**
**[FRCivP 5(b)]**

I, Tamora M. Horen, state:

My business address is 311 California Street, 10th Floor, San Francisco, CA 94104. I am employed in the City and County of San Francisco. This service was effectuated from Pacifica, California. I am over the age of eighteen years and not a party to this action. On May 14, 2020, I served the following document described as:

**DECLARATION OF ARI GORGANI**

on the following person(s) in this action as follows:

<u>COUNSEL for NEXTGEAR</u>
Kurt A. Kappes
Lupe R. Laguna
Jonathan K. Ogata
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA 95814-3938
Telephone: (916) 442-1111
kappesk@gtlaw.com
lagunal@gtlaw.com
ogataj@gtlaw.com

X   <u>BY ELECTRONIC SERVICE</u>: Based on a court order or an agreement of the parties to accept service by electronic transmission, on May 14, 2020, I caused the documents to be sent to the person(s) at the electronic notification address(es) listed above. Within a reasonable time, the transmission was reported as complete and without error.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed this date at San Francisco, California.

Dated: May 14, 2020              /s/ Tamora Horen
                                 Tamora M. Horen