KURT A. KAPPES – SBN 146384
LUPE R. LAGUNA – SBN 307156
JONATHAN K. OGATA – SBN 325914
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA  95814-3938
Telephone: (916) 442-1111
Facsimile: (916) 448-1709
kappesk@gtlaw.com
lagunal@gtlaw.com
ogataj@gtlaw.com

Attorneys for Plaintiff
NEXTGEAR CAPITAL, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEXTGEAR CAPITAL, INC.., a Delaware Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>ICARZ INC., d/b/a LENDING CLUB AUTO d/b/a LATINOS AUTO CENTER, a California Corporation,<br><br>    Defendant. | CASE NO.  2:20-CV-00851-MCE-CKD<br><br>**PROOF OF SERVICE**<br><br>Date:    December 3, 2020<br>Time:    2:00 p.m.<br>Courtroom:  7, 14th Floor |

PROOF OF SERVICE

*NextGear Capital, Inc. v. iCarz, Inc. dba Lending Club Auto, dba Latinos Auto Center*
*Eastern District of California Case No. 2:20-cv-00851-MCE-CKD*

## DECLARATION OF SERVICE

I am a citizen of the United States, over the age of 18 years, and not a party to or interested in this action. I am employed in the County of Sacramento, State of California and my business address is Greenberg Traurig, LLP, 1201 K Street, Suite 1100, Sacramento, CA 95814. On this day I caused to be served the following document(s):

**PLAINTIFF NEXTGEAR CAPITAL, INC.'S NOTICE OF MOTION AND MOTION TO FOR ENTRY OF DEFAULT & DEFAULT JUDGMENT AGAINST DEFENDANT ICARZ INC.; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION**

**DECLARATION OF ERIC BROWN IN SUPPORT OF PLAINTIFF NEXTGEAR CAPITAL, INC.'S MOTION TO FOR ENTRY OF DEFAULT & DEFAULT JUDGMENT AGAINST DEFENDANT ICARZ INC.**

**[PROPOSED] JUDGMENT AGAINST DEFENDANT ICARZ, INC.**

☒ By placing ☐ the original ☒ a true copy into sealed envelopes addressed and served as follows:

Ari Gorgani, President
iCarz, Inc.
3215 Fulton
Sacramento, CA 95821-2329

☒ **BY MAIL**: I am familiar with this firm's practice whereby the mail, after being placed in a designated area, is given fully prepaid postage and is then deposited with the U.S. Postal Service at Sacramento, California, after the close of the day's business.

☐ **BY OVERNIGHT COURIER**: I caused such envelope to be placed for collection and delivery in accordance with standard overnight delivery procedures for delivery the next business day.

Executed on October 23, 2020, at Sacramento, California.

*/s/ Diana Bonilla*
**Diana Bonilla**