KURT A. KAPPES – SBN 146384
LUPE R. LAGUNA – SBN 307156
GREENBERG TAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA  95814-3938
Telephone: (916) 442-1111
Facsimile: (916) 448-1709
kappesk@gtlaw.com
lagunal@gtlaw.com

Attorneys for Plaintiff
NEXTGEAR CAPITAL, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEXTGEAR CAPITAL, INC.., a Delaware Corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ICARZ INC., d/b/a LENDING CLUB AUTO d/b/a LATINOS AUTO CENTER, a California Corporation,<br><br>　　　　Defendant. | CASE NO.  2:20-CV-00851-MCE-CKD<br><br>**PLAINTIFF NEXTGEAR CAPITAL, INC.'S NOTICE OF NON-OPPOSITION TO PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT & DEFAULT JUDGMENT AGAINST ICARZ INC.** |

Plaintiff NextGear Capital, Inc. ("Plaintiff") filed the pending motion for entry of Default & Default Judgment on October 23, 2020. Any opposition was due on or before November 19, 2020. As of the filing of this notice of non-opposition, Plaintiff has not received papers opposing the motion and no counsel has appeared on behalf of Defendant iCarz, Inc. ("Defendant").

Plaintiff respectfully that this Court grant the pending motion and direct the clerk to enter Defendant's default pursuant to Rule 55(a). Plaintiff additionally asks the Court to enter a default judgment against Defendant pursuant to Rule 55(b) in the amount of $1,444,609.13 plus attorneys' fees and costs.

Dated: November 25, 2020                               GREENBERG TRAURIG, LLP


                                                       By: /s/ Lupe R. Laguna
                                                           Kurt A. Kappes
                                                           Lupe R. Laguna
                                                           Attorneys for Plaintiff
                                                           NEXTGEAR CAPITAL, INC.

*NextGear Capital, Inc. v. iCarz, Inc. dba Lending Club Auto, dba Latinos Auto Center*
*Eastern District of California Case No. 2:20-cv-00851-MCE-CKD*

## DECLARATION OF SERVICE

I am a citizen of the United States, over the age of 18 years, and not a party to or interested in this action. I am employed in the County of Sacramento, State of California and my business address is Greenberg Traurig, LLP, 1201 K Street, Suite 1100, Sacramento, CA 95814. On this day I caused to be served the following document(s):

**PLAINTIFF NEXTGEAR CAPITAL, INC.'S NOTICE OF NON-OPPOSITION TO PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT & DEFAULT JUDGMENT AGAINST ICARZ INC.**

☒ By placing ☐ the original ☒ a true copy into sealed envelopes addressed and served as follows:

Ari Gorgani, President
iCarz, Inc.
3215 Fulton
Sacramento, CA 95821-2329

☒ **BY MAIL**: I am familiar with this firm's practice whereby the mail, after being placed in a designated area, is given fully prepaid postage and is then deposited with the U.S. Postal Service at Sacramento, California, after the close of the day's business.

☐ **BY OVERNIGHT COURIER**: I caused such envelope to be placed for collection and delivery in accordance with standard overnight delivery procedures for delivery the next business day.

Executed on November 25, 2020, at Sacramento, California.

*/s/ Diana Bonilla*
**Diana Bonilla**