KURT A. KAPPES – SBN 146384
LUPE R. LAGUNA – SBN 307156
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA  95814-3938
Telephone: (916) 442-1111
Facsimile: (916) 448-1709
kappesk@gtlaw.com
lagunal@gtlaw.com

Attorneys for Plaintiff
NEXTGEAR CAPITAL, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEXTGEAR CAPITAL, INC.., a Delaware Corporation,<br><br>          Plaintiff,<br><br>v.<br><br>ICARZ INC., d/b/a LENDING CLUB AUTO d/b/a LATINOS AUTO CENTER, a California Corporation,<br><br>          Defendant. | CASE NO.  2:20-CV-00851-MCE-CKD<br><br>**DESIGNATION OF COUNSEL** |

Plaintiff NextGear Capital, Inc. informs the Court that counsel Jonathan K. Ogata is no longer with the firm of Greenberg Traurig, LLP. Kurt A. Kappes and Lupe Laguna will remain as counsel of record for the plaintiff.

Dated:  November 25, 2020                                    GREENBERG TRAURIG, LLP


By: /s/ Lupe R. Laguna
Kurt A. Kappes
Lupe R. Laguna
Attorneys for Plaintiff
NEXTGEAR CAPITAL, INC.