UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NextGear Capital, Inc. ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ICarz, Inc. ,<br><br>　　　　Defendant. | Case No.  2:20-cv-00851-MCE-CKD<br><br>**DEFAULT JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED in the amount of $1,444,609.13 against defendant:

ICarz, Inc.

April 06, 2021

KEITH HOLLAND, CLERK

By: /s/  K. Zignago, Deputy Clerk